**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Roberto**<br>First name<br><br>_____<br>Middle name<br><br>**Perez Rios**<br>Last name and Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-9474** | |

Official Form 101    Case 1:26-bk-01865-HWV   Voluntary Petition for Individuals Filing for Bankruptcy   Entered 06/30/26 15:52:53   Desc   page 1

Main Document     Page 1 of 88

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | _____ <br> EIN | _____ <br> EIN |

**5.    Where you live**

| **About Debtor 1:** | **If Debtor 2 lives at a different address:** |
|---|---|
| **999 Chanceford Ave** <br> **York, PA 17404** <br> Number, Street, City, State & ZIP Code | _____ <br> Number, Street, City, State & ZIP Code |
| **York** <br> County | _____ <br> County |
| **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| _____ <br> Number, P.O. Box, Street, City, State & ZIP Code | _____ <br> Number, P.O. Box, Street, City, State & ZIP Code |

**6.    Why you are choosing *this district* to file for bankruptcy**

| *Check one:* | *Check one:* |
|---|---|
| ■  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. | ☐  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. |
| ☐  I have another reason. <br> Explain. (See 28 U.S.C. § 1408.) | ☐  I have another reason. <br> Explain. (See 28 U.S.C. § 1408.) |

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No.
- ☐ Yes.

| | Debtor | _____ | | Relationship to you | _____ |
|---|---|---|---|---|---|
| | District | _____ | When _____ | Case number, if known | _____ |
| | Debtor | _____ | | Relationship to you | _____ |
| | District | _____ | When _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

- ☐ No.   Go to line 12.
- ■ Yes.   Has your landlord obtained an eviction judgment against you?

    - ■ No. Go to line 12.
    - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor?***
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____
Number, Street, City, State & Zip Code

Case 1:26-bk-01865-HWV   Doc 1   Filed 06/30/26   Entered 06/30/26 15:52:53   Desc
Main Document      Page 4 of 88

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---------|--------------------------------------------------------------------|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|--|---------------------|---------------------------------------------------|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices.  If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

    ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

    ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Roberto Perez Rios**
_____    _____

**Roberto Perez Rios**               Signature of Debtor 2
Signature of Debtor 1

Executed on    **6/30/2026**         Executed on _____
           MM / DD / YYYY                        MM / DD / YYYY

Case 1:26-bk-01865-MWV Doc 1 Filed 06/30/26 Entered 06/30/26 15:52:53 Desc
Main Document     Page 6 of 88

| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
|---|---|

**If you are not represented by an attorney, you do not need to file this page.**

**/s/ Brent C. Diefenderfer**                                    Date      **6/30/2026**
Signature of Attorney for Debtor                                                    MM / DD / YYYY

**Brent C. Diefenderfer 93685**
Printed name

**CGA Law Firm**
Firm name

**135 North George Street**
**York, PA 17401-1132**
Number, Street, City, State & ZIP Code

Contact phone    **717-848-4900**                 Email address      **Bdiefenderfer@cgalaw.com**

**93685 PA**
Bar number & State

Certificate Number: 13858-PAM-CC-040998540



13858-PAM-CC-040998540

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>May 20, 2026</u>, at <u>12:35</u> o'clock <u>PM EDT</u>, <u>Roberto   Perez Rios</u> received from <u>MoneySharp Credit Counseling Inc.</u>, an agency approved pursuant to 11 U.S.C.  111 to provide credit counseling in the <u>Middle District of Pennsylvania</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C.  109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>May 20, 2026</u>          By:      <u>/s/Aimee Reardon</u>

Name:   <u>Aimee Reardon</u>

Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C.  109(h) and 521(b).

Debtor 1          **Roberto Perez Rios**
                  _____
                  First Name                Middle Name              Last Name

Debtor 2
(Spouse if, filing)  _____
                  First Name                Middle Name              Last Name

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF PENNSYLVANIA

Case number    _____
(if known)

☐ Check if this is an
   amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

| Part 1: | Summarize Your Assets |
| --- | --- |

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B................................................................... $    **335,000.00**

   1b. Copy line 62, Total personal property, from Schedule A/B..................................................... $    **54,126.89**

   1c. Copy line 63, Total of all property on Schedule A/B.................................................................. $    **389,126.89**

| Part 2: | Summarize Your Liabilities |
| --- | --- |

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* $    **322,100.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ $    **600.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... $    **49,900.00**

**Your total liabilities** $    **372,600.00**

| Part 3: | Summarize Your Income and Expenses |
| --- | --- |

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*................................................................ $    **2,570.08**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*.......................................................... $    **2,555.00**

| Part 4: | Answer These Questions for Administrative and Statistical Records |
| --- | --- |

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Case 1:26-bk-01865-HWV    Doc 1    Filed 06/30/26    Entered 06/30/26 15:52:53    Desc
Main Document      Page 9 of 88

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ **4,412.08**

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 600.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 600.00 |

| Debtor 1 | **Roberto Perez Rios** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF PENNSYLVANIA

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

1.1

**592 Buchannan Dr**
Street address, if available, or other description

**Davenport**     **FL**     **33837-0000**
City        State      ZIP Code

**Polk**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Debtor is surrendering house is in foreclosure**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$335,000.00** | **$335,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property** (see instructions)

Debtor 1    **Roberto Perez Rios**                                       Case number *(if known)* _____

**If you own or have more than one, list here:**

1.2

**Westgate Resort Timeshare**
Street address, if available, or other description

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Orlando            FL**
City            State            ZIP Code

**Current value of the entire property?**    **Current value of the portion you own?**

**Unknown**              **Unknown**

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**timeshare**

_____
County

- ☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Timeshare**
**Debtor to surrender**

---

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................=>**

**$335,000.00**

---

**Part 2:**  **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ■ Yes

3.1    Make:    **Mack**
Model:    **Vision**
Year:    **2016**
Approximate mileage:    **590,000**
Other information:

**Value as per appraisal by Expert Equipment Appraisal is $19,200**
**Co-Owned with Debtor's Corporation -  RYZ Transport Inc.**

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

**$9,600.00**              **$9,600.00**

3.2    Make:    **Dodge**
Model:    **Ram**
Year:    **2021**
Approximate mileage:    **38,000**
Other information:

**KBB estimate**

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

**$30,520.00**              **$30,520.00**

---

| | | |
|---|---|---|
| 3.3 Make: **Hyundai** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |

3.3   Make:     **Hyundai**

Model:    **Sonata**

Year:     **2011**

Approximate mileage:     **201000**

Other information:

| Has interior damage, transmission needs repair |
|---|

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
   (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**        **Current value of the portion you own?**

**$4,000.00**                                **$4,000.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................=>**

   **$44,120.00**

**Part 3:    Describe Your Personal and  Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

| Ordinary clothing | $300.00 |
|---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ■ No
   ☐ Yes.  Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ■ No
    ☐ Yes.  Describe.....

Case 1:26-bk-01865-HWV    Doc 1    Filed 06/30/26    Entered 06/30/26 15:52:53    Desc
Main Document        Page 13 of 88

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ■ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...............................................................................

    **$300.00**

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ■ No
    ☐ Yes.........................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ■ Yes.......................                                    Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking** | **Wells Fargo** | **$0.00** |
| 17.2. | **Checking** | **Regions Bank** | **$0.00** |
| 17.3. | **Savings** | **Penfed Bank** | **$106.89** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ■ No
    ☐ Yes.................                Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No
    ■ Yes. Give specific information about them...................
    
    Name of entity:                                    % of ownership:

    **RYZ Transport Inc.**
    **Sole Assets is truck previousl disclosued**          **100** %          **$9,600.00**

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No

☐ Yes. Give specific information about them

Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ■ No

    ☐ Yes. List each account separately.

    Type of account:                Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ■ No

    ☐ Yes. ....................                    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ■ No

    ☐ Yes............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ■ No

    ☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ■ No

    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ■ No

    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ■ No

    ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ■ No

    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ■ No

    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ■ No

    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ■ No

☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

   ■ No

   ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

   ■ No

   ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

   ■ No

   ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**

   ■ No

   ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here..............................................................................................................**    **$9,706.89**

**Part 5:**    **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

   ■ No. Go to Part 6.

   ☐ Yes.  Go to line 38.

**Part 6**:    **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
   If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

   ■ No. Go to Part 7.

   ☐ Yes.  Go to line 47.

**Part 7:**    **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership

   ■ No

   ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here  ....................................**    **$0.00**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55.  **Part 1: Total real estate, line 2** ..................................................................................................................  **$335,000.00**

56.  **Part 2: Total vehicles, line 5**                                         $44,120.00

57.  **Part 3: Total personal and household items, line 15**                        $300.00

58.  **Part 4: Total financial assets, line 36**                                $9,706.89

59.  **Part 5: Total business-related property, line 45**                          $0.00

60.  **Part 6: Total farm- and fishing-related property, line 52**                 $0.00

61.  **Part 7: Total other property not listed, line 54**              +          $0.00

62.  **Total personal property.** Add lines 56 through 61...        $54,126.89    Copy personal property total      $54,126.89

63.  **Total of all property on Schedule A/B**. Add line 55 + line 62                        $389,126.89

# CERTIFIED APPRAISAL REPORT

## MACHINERY AND EQUIPMENT

**PREPARED BY:**

## EXPERT EQUIPMENT APPRAISAL LLC
### a division of certifiedconsultinggroupllc
**Nationwide Master Certified Equipment Appraisers**
**www.ExpertEquipmentAppraisal.com**
**(800) 785-6061**

   

# EXPERT EQUIPMENT APPRAISAL LLC
### www.ExpertEquipmentAppraisal.com (800) 785-6061

June 9, 2026

Mr. Roberto Perez Rios
999 Chanceford Avenue,
York, Pennsylvania 17404

Mr. Roberto Perez Rios
999 Chanceford Avenue,
York, Pennsylvania 17404

RE:  Valuation(s) of Equipment

Dear Mr. Roberto Perez Rios:

Respectfully, I am providing within this document an Appraisal Report for certain machinery and equipment located at 999 Chanceford Avenue, York, Pennsylvania 17404.  It is my privilege to present my opinion of the value as requested.

The Report has been prepared in compliance with the Uniform Standards of Professional Appraisal Practice (U.S.P.A.P).  Fee simple interest has been reported on the machinery and equipment.  As engaged, I am providing Fair Market Value, as of the date of this report.  If there is any change in the assets listed (sale, loss under any circumstance, or sold under any other value scenario), then different values could be realized. (Please see Machinery and Equipment Value Definitions on Page 11 for reference).

My opinion of the values is based on my training and experience as a certified appraiser, our company's research library, internet / local market-based searches within reasonable geographic and targeted criteria, discussions with you and your associates (as allowed), and manufacturers and vendors (as possible).  I, or a certified representative of our company, has also either personally inventoried and visually inspected the equipment/machinery or utilized the information provided by your company.

I hold all opinions contained in this report to a reasonable degree of professional certainty. It is my privilege to present the opinion of the value as requested within the limiting and qualifying conditions/scope as defined by client's request.

**Effective Date of Report:**      June 9, 2026      **Writing Date of Report:**      June 9, 2026

| Total Estimated & Rounded |
| :---: |
| **Fair Market Value** |
| **$19,200** |

The Appraiser, Expert Equipment Appraisal LLC, or its Affiliates have made no investigation as to the title to the assets. It is our assumption that they belong to the equipment owner / pending equipment owner addressed above unless specifically referenced differently in this report.  To our knowledge, no extraordinary conditions, liens or encumbrances, or environmental hazards from any source exist that would impact these values.

Please trust that this opinion is unbiased and neither I or Expert Equipment Appraisal LLC have any interest in or affiliation with the property or your company.  The charge for our appraisal service, as reflected on the Engagement Agreement, was not contingent upon these values reported and there are no other monies / or goods exchanged in this transaction.

We have retained a copy of this report and all pertinent notes and photos as needed to create this report.  We deem this report and all other associated information as confidential.  It can only be released by you under written authorization to a listed or added intended user.

If you should have any questions regarding this report, please do not hesitate to call us.  After lengthy collaboration, we believe this report has been completed to the best of our ability and hope we have exceeded your expectations.

I hold all opinions contained in this report to a reasonable degree of professional certainty.

Sincerely yours,


*Brandi L Rogers*, CMEA, ECEA


*Digitally signed by:*
**Brandi L. Rogers, CMEA, ECEA**
Expert Equipment Appraisal LLC
for certified**consulting**group**llc**
Certified Machinery & Equipment Appraiser


    

# TABLE OF CONTENTS

Summary of Salient Facts.................................................................................................................. 4

Scope of Work................................................................................................................................. 5

Enhanced Scope of Work ................................................................................................................ 7

    **Extent of Data Research**........................................................................................................ 7

    **Type and Extent of Analysis Applied in Arriving at Opinions or Conclusions** ...................... 7

    **Degree to which Property is Inspected or Identified** ............................................................. 7

    **Extent of Research into Physical or Economic Factors That Could Affect Property** ............... 7

    **Depth of Onsite Inspection** ................................................................................................... 8

    **Overall Condition of Equipment** .......................................................................................... 8

    **Intended Use** ....................................................................................................................... 8

    **Title of Equipment**............................................................................................................... 8

    **Measurable Marketplace** ...................................................................................................... 8

    **Estimated Exposure Time**..................................................................................................... 9

    **Extraordinary Assumptions and/or Hypothetical Conditions** ............................................. 9

Definitions of Condition ............................................................................................................... 10

Machinery and Equipment Value Definitions ............................................................................... 11

Methods of Valuation .................................................................................................................. 12

Additional Definitions and Terms from USPAP ............................................................................ 13

Economic Factors and Market Conditions .................................................................................... 15

    GENERAL ECONOMIC CONDITIONS ....................................................................................... 15

Appraiser's Certificate.................................................................................................................. 18

Company Profile............................................................................................................................ 20

A partial list of the types of equipment / companies appraised by our Appraisers...................... 21

Signed Engagement Agreement Copy ........................................................................................... 22

Reasoning that Supports the Analysis, Opinions, and Conclusion................................................ 25

Final Value Summary and Reconciliation...................................................................................... 26

Capital Equipment........................................................................................................................ 27

Case 1:26-bk-01865-HWV    Doc 1    Filed 06/30/26    Entered 06/30/26 15:52:53    Desc
Main Document     Page 21 of 88

## SUMMARY OF SALIENT FACTS

| | |
|---|---|
| Identity of Client (referred to as "Client") | Roberto Perez Rios |
| Identity of Equipment Owner / Pending Equipment Owner (referred to as "Equipment Owner") | Roberto Perez Rios |
| Intended Users | Roberto Perez Rios<br>Attorney |
| Intended Use | Bankruptcy |
| Property Interest Appraised | Fee Simple |
| Title of Appraised Equipment | Roberto Perez Rios |
| Sales History of Appraised Items | The Appraiser is not aware of any pending sales information |
| Physical and Economic Property Characteristics Relative to the Assignment | The items discussed in this report are currently utilized in the particular industry as described in the report. The individual items are described via basic nomenclature. |
| Class of Property | Semi Tractor |
| Current Use of Property | Semi Tractor |
| Use of Property When Appraised | Semi Tractor |
| Effective Date of Appraisal | June 9, 2026 |
| Date Report Written | June 9, 2026 |

Case 1:26-bk-01865-HWV    Doc 1    Filed 06/30/26    Entered 06/30/26 15:52:53    Desc
Main Document      Page 22 of 88

## SCOPE OF WORK

It has been requested that fee simple interest be reported as an estimation of the Rounded Value. The types of value reported have been determined by the appraiser, upon engagement by the client, to be appropriate to the client's needs. It should be noted that if these items should sell under any other scenario, then different values would be realized. (Please see Machinery & Equipment Value Definitions)

This report is identified as a Restricted Appraisal Report that is intended to comply with the reporting requirements as defined under Standards Rule 8 of the Uniform Standards of Professional Appraisal Practice (USPAP) for a Restricted Appraisal Report. As such, it presents only summary discussions of the data, reasoning, and analyses that are used in the processes to develop the Appraiser's Opinion of Value. Supporting documentation that is not provided with the report concerning data, reasoning and analyses is retained in the appraiser's file. The depth of discussion contained in this report is specific to the needs of the client and for the intended use stated within this report. Not all specific requirements are applicable to every assignment. In this assignment, not all data involving subject sales, offerings, options and listing was obtainable and verifiable, although the appraiser has made every effort to gather the data by direct contact with the various sources through internet, telephone or e-mail. If this detailed data is not included or addressed, the data is irrelevant. Due to the large number of subject properties oftentimes appraised in a machinery/equipment appraisal, the Restricted Appraisal Report is the most used report form. Restricted Appraisal Reports are accepted daily by the courts, taxing authorities, lenders, business owners, accountants, and other users of appraisal services. As noted in the book "Valuing Machinery and Equipment: The Fundamentals of Appraising Machinery and Technical Assets, Third Edition, American Society of Appraisers, "MTS (machinery and technical specialties) appraisals usually involve a wide variety and multitude of assets. USPAP recognizes two forms of reports: Appraisal Reports and Restricted Appraisal Reports. Machinery/Equipment Appraisal Reports typically are prepared as Restricted Appraisal Reports. The primary differences between the two types of reports are the level of detail presented and the number of users."

The Income Approach would be purely hypothetical in this assignment. The Cost Approach and the Market Data Approach have been utilized for the final value estimate of each item or category with heavy emphasis on the Market Data Approach when possible. The appraiser, when implementing the market data approach, has endeavored to find "sold comparables." That is to say, they are similar items that have transferred in ownership. These comparable sales provide the best and most reliable information. However, if actual historical sales information is not available, the appraiser will oftentimes look to the current market of similar items currently for sale. This information can be useful in estimating value. In this report, a search has been made for "sold" items and items currently "for sale".

The appraiser has gathered data on the subject items from as many sources as practical, including but not limited to the original equipment manufacturer (if possible), dealers and brokers of like equipment, published catalogs, and guides of similar equipment as well as the Internet. Upon gathering data regarding new and similar models with characteristics of the subject equipment, the writer has then analyzed the data to estimate value.

After conversations with various industry professionals, including the above-mentioned sources, the appraiser endeavored to arrive at a value estimate for the subject equipment. After a value was established, this written report was then formulated to set forth the findings and conclusions of the appraiser. An extreme effort was made to comply with the Uniform Standards of Professional Appraisal Practice in providing the final written report. This is a report estimating value based on reported conditions. If it is the client's desire to verify the physical condition and/or needed repairs of the machinery/equipment, which is the subject of this report, the client should consult a qualified mechanic/technician. To determine actual mechanical condition is outside of the appraiser's expertise and the scope of this assignment.

This assignment has called for only the larger, more expensive items owned by the equipment owner to be appraised. It is understood that oftentimes there also exist smaller, less expensive ancillary/support items that "support" the larger items. These items, too, obviously have value but do not in and of themselves merit the time and expense of an individual valuation. Therefore, it is agreed by the client's use of this report, that if these types of items are mentioned in this report, they will be added under a separate section(s) as opposed to the larger capital items and the appraiser will only apply the Cost Approach (less depreciation) to value. The Market Data Approach will not be applied to the smaller, less significant items, due to time and cost factors required in researching smaller items. These items typically include smaller hand tools, furniture, fixtures, shelving, electronic items, i.e., computers, calculators, copiers, telephone systems, etc., and other less expensive items which are considered to "support" the items, which are the focus of this report. Industry depreciation standards have been applied with little, if any, individual description. Lot pricing is employed with these types of items.

Further, the request to the writer as to the "level of trade" needed was implemented. That is to say, the equipment may be valued in place, in use, and as part of a going concern entity; in place, not in use; in place to be removed; not in place, etc. Many types of equipment items are labor intensive in their millwright, installation, or removal.

This evaluation sets forth the findings and conclusions of the writer, is based upon an investigation of conditions affecting value and is subject to the Scope of Work. Without reading the Scope of Work, the report cannot be fully understood.

The scope of this assignment as explained above has been requested and/or agreed to by the client along with the conditions as stated in the Engagement Agreement.

## ENHANCED SCOPE OF WORK

Follows is additional expanded information to **Enhance our Scope of Work**.  It is the intention to instill confidence in this Opinion of Value:

**Extent of Data Research**

The Appraiser has, to the best of his ability, described characteristics and details of each asset as well as taken the compiled information and applied its unique features or condition having either positive or negative influence on the values.  While it is not always possible to know all the history of each piece, it is assumed that the Client/Equipment Owner has conveyed the basic qualities needed for the successful operation of each piece including, but not limited to any peripheral attachments, support items and any other amenities, which could impact the value.

**Type and Extent of Analysis Applied in Arriving at Opinions or Conclusions**

Let it be reiterated *(see section: Extent of Research into Physical and Economic Factors That Could Affect Property)* that after conversations an opinion as to the values being requested including market condition were formulated to the best of the appraiser's ability.

**Degree to which Property is Inspected or Identified**

In the case of an Onsite Appraisal Report, a visit to the machinery and equipment location(s) was conducted prior to determining values with the goal of writing this report.  If, in this case, a visual inspection was made determining the existence of the asset and to conduct an at-a-glance inspection to speak of physical condition.  It is assumed, whether an onsite or desktop appraisal, that the items are in good working order, unless information has been given to us on the contrary.  Every attempt was made to identify and confirm information that aids in the confirmation process.  As to mechanical ability and function, a mechanics report, separate and apart from this report, would be recommended.

**Extent of Research into Physical or Economic Factors That Could Affect Property**

To value the property, the Appraiser has taken great effort to gather information from the owner, operator, manufacturer, service representative, supplier, and any others with knowledge of each piece.  The purpose of this Appraisal Report to speak only of the value as of the date of this report and not to forecast any realized future profits, losses or any remaining depreciable value.  Concerns in these areas should be pursued by the Client from further studies from another source.  It should be noted, however, that some economic factors can and do factor into the estimation of value equation.

**Depth of Onsite Inspection**

**Note:** *reference Engagement Agreement for requested type of appraisal*

In the case of an Onsite Appraisal, the Appraiser (or a designated and qualified affiliated contractor) is bound to visually inspect the assets covered by this Report. As covered previously *(see section: Degree to Which Property is Inspected or Identified)*, the assets were verified to be in existence and in working order or capable of working unless otherwise noted.

In the case of a Desktop Appraisal the Appraiser has solely relied upon information provided by the Client / Equipment Owner and the report is conducted without benefit of a physical inspection. Desktop appraisals are common due to time, travel, and cost considerations.

As a rule, for an Onsite Appraisal or a Desktop Appraisal, the Appraiser did not include a detailed mechanical inspection as it was not contracted in the Engagement Agreement or any Addendums. Data was collected in the case of an Onsite Appraisal or provided us in the case of a Desktop Appraisal and Photographs are included in this Report when possible. Should a mechanical inspection be requested, it would be attached as an addendum.

**Overall Condition of Equipment**

It should be noted that the ordering entity of this Appraisal attests that the assets are in operating condition unless noted otherwise and are used during day-to-day business operations as intended. Conditions are so noted by the Client / Equipment Owner in the case of a Desktop Appraisal. In the case of an Onsite Appraisal, conditions are confirmed by the Appraiser.

**Intended Use**

The Engagement Agreement between the Appraiser and the Client has identified the purpose for the Appraisal and is not to be used for any other purpose.

**Title of Equipment**

It is understood and assumed by the Appraiser that the items within this report are owned and belong to entities within this report. The writer makes no guarantee, however, concerning ownership or clear title.

**Measurable Marketplace**

There are distinct levels of trade and each may have its own market value. The writer is of the opinion that other companies like the entities within this report, who provide similar products and services, would be the most appropriate market.

**Estimated Exposure Time**

Exposure time is the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal. This is a retrospective opinion based on an analysis of past events assuming a competitive and open market. The appraiser believes that if properly exposed to the open market the subject item(s) would have sold in approximately 180 days.

**Extraordinary Assumptions and/or Hypothetical Conditions**

An Extraordinary Assumption is an assumption related to a specific assignment, as of the effective date of the assignment results, which if found to be false could alter the appraiser's opinions or conclusions. Extraordinary Assumptions presume as fact otherwise uncertain information about physical, legal or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis.

A hypothetical condition is a condition, related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results but used for purposes of analysis. Hypothetical conditions are contrary to known facts about physical, legal or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis.

1. It is believed there are no hidden defects which are not discernible from a visual inspection and which could affect value.
2. Issues resulting from the above condition could affect the assignment results.

## DEFINITIONS OF CONDITION

**Very Good (VG):**  This term describes an item of equipment in excellent condition capable of being used to its fully specified utilization for its designated purpose without being modified and not requiring any repairs or abnormal maintenance at the time of inspection or within the foreseeable future.

**Good Condition (GC):**  This term describes those items of equipment which have been modified or repaired and are being used at or near their fully specified utilization but the effects of age and/or utilization indicate that some minor repairs may have to be made or that the item may have to be used to some slightly lesser degree than its fully specified utilization in the foreseeable future.

**Fair Condition (FC):**  This term describes those items of equipment which are being used at some point below their fully specified utilization because of the effects of age and/or application and which require general repairs and some replacement of minor elements in the foreseeable future to raise their level of utilization to or near their original specifications.

**Poor Condition (PC):**  This term is used to describe those items of equipment, which can only be used at some point well below their fully specified utilization, and it is not possible to realize full capability in their current condition without extensive repairs and/or replacement of major elements in the very near future.

**Scrap Condition (X):**  This term is used to describe those items of equipment which are no longer serviceable and which cannot be utilized to any practical degree regardless of the extent of the repairs or modifications to which they may be subjected.  This condition applies to items of equipment which have been used for 100% of their useful life or which are 100% technologically or functionally obsolescent.

## MACHINERY AND EQUIPMENT VALUE DEFINITIONS

The following values are defined in the publication *Valuing Machinery and Equipment: The Fundamentals of Appraising Machinery & Technical Assets*, Third Edition, by the American Society of Appraisers.

1. **Fair Market Value** is an opinion expressed in terms of money, at which the property would change hands between a willing buyer and a willing seller, neither being under any compulsion to buy or to sell and both having a reasonable knowledge of relevant facts, as of a specific date.

2. **Fair Market Value - Removed** is an opinion, expressed in terms of money, at which the property would change hands between a willing buyer and a willing seller, neither being under any compulsion to buy or to sell and both having reasonable knowledge of relevant facts, considering removal of the property to another location, as of a specific date.

3. **Fair Market Value in Continued Use** is an opinion, expressed in terms of money, at which the property would change hands between a willing buyer and a willing seller, neither being under any compulsion to buy or to sell and both having reasonable knowledge of relevant facts, as of a specific date and assuming the business earnings support the value reported, without verification.

4. **Fair Market Value - Installed** is an opinion, expressed in terms of money, at which the property would change hands between a willing buyer and a willing seller, neither being under any compulsion to buy or sell and both having reasonable knowledge of relevant facts, considering market conditions for the asset being valued, independent of earnings generated by the business in which the property is or will be installed, as of a specific date.

5. **Orderly Liquidation Value** is an opinion of the gross amount, expressed in terms of money, that typically could be realized from a liquidation sale, given a reasonable period to find a purchaser (or purchasers), with the seller being compelled to sell on an as-is, where-is basis, as of a specific date.

6. **Forced Liquidation Value** is an opinion of the gross amount, expressed in terms of money, that typically could be realized from a properly advertised and conducted public auction, with the seller being compelled to sell with a sense of immediacy on an as-is, where-is basis as of a specific date.

7. **Liquidation Value in Place** is an opinion of the gross amount, expressed in terms of money, that typically could be realized from a properly advertised transaction, with the seller being compelled to sell, as of a specific date, for a failed, non-operating facility, assuming that the entire facility is sold intact.

8. **Salvage Value** is an opinion of the amount, expressed in terms of money, that may be expected for the whole property or a component of the whole property that is retired from service for possible use, as of a specific date.

9. **Scrap Value** is an opinion of the amount, expressed in terms of money, that could be realized for the property if it were sold for its material content, not for a productive use, as of a specific date.

10. **Insurance Cost New** is the replacement or reproduction cost new as defined in the insurance policy less the cost new of the items specifically excluded in the policy, as of a specific date.

11. **Insurable Value Depreciated** is the insurance replacement or reproduction cost new less accrued depreciation considered for insurance purposes, as defined in the insurance policy or other agreements, as of a specific date.

## METHODS OF VALUATION

USPAP Standard Rule 7-4, 2016-2017 update, states "In developing a personal property appraisal, an appraiser must collect, verify and analyze all information necessary for credible assignment results." Use of all approaches to determine value (defined below) are required.  Should the appraiser opt to exclude a method, Standard Rule 8-2 requires an explanation for the exclusion and a further explanation as to what methods and techniques support the conclusions and opinions of the appraiser.

The appraisal methods utilized by the appraiser to arrive at the final values on all the assets include the following:

**Cost Approach Analysis**:
Defined as a process to estimate by which the current worth of the asset is a result by forecasting the replacement cost or cost to recreate the improvements and apply the reduction from the estimated depreciation.  In determining the estimated depreciation, the appraiser has employed good judgment and forethought to the best of his/her ability. There are three primary forms of depreciation: physical, functional and economic.  Physical depreciation is often curable and may involve cosmetic appearance (but, in fact, could go deeper).  Functional depreciation means that the machinery has had a loss in productivity due to wear and tear.  Economic depreciation (sometimes referred to as External Depreciation) occurs outside of the subject property which results in a loss of value. In determining depreciation, the appraiser has used his judgment and prudence in determining the depreciation factor which could be a combination of all three forms described in total.

Experience with this type of equipment has proven the use of a formula, which is as follows:

$$\text{Fair Market Value} = \frac{\text{Remaining Life}}{\text{Normal Life}} \times \text{Cost New}$$

*(This formula again has proven to be effective on numerous occasions.)*

**Market Data Approach**:
Defined as a practice to accomplish an opinion of value for an asset by comparing it with assets of like-kind that have been sold or are on the market for sale in a comparable marketplace, condition and characteristics as variables to be factored in.  The time of sale, dependability of sale's data, trust in similar conditions and correlation of location can challenge the reliability of this technique.

**Income Approach**:
Defined to reach an opinion of current value by projecting the future financial benefits for a particular item.  This approach is hypothetical in nature and is not solely relied upon in determining the final value.

## ADDITIONAL DEFINITIONS AND TERMS FROM USPAP

Various terms are used throughout the appraisal report. The following are definitions of the terms:

1. **ADVOCACY** - Representing the cause or interest of another, even if that cause or interest does not necessarily coincide with one's own beliefs, opinions, conclusions, or recommendations
2. **APPRAISAL** - (noun) The act or process of developing an opinion of value; an opinion of value.  (Adjective) of or pertaining to appraising and related functions such as appraisal practice or appraisal services
3. **APPRAISAL CONSULTING** -The act or process of developing an analysis, recommendation, or opinion to solve a problem, where an opinion of value is a component of the analysis leading to the assignment results
4. **APPRAISAL FOUNDATION** - The Appraisal Foundation incorporated as an Illinois not for Profit Corporation on November 30, 1987
5. **APPRAISAL PRACTICE** - Valuation services performed by an individual acting as an appraiser, including but not limited to appraisal, appraisal review, or appraisal consulting
6. **APPRAISER** - One who is expected to perform valuation services competently and in a manner that is independent, impartial, and objective
7. **APPRAISER PEERS** - Other appraisers who have expertise and competency in the same or a similar type of assignment
8. **APPRECIATION** - Increase in value due to increase in cost to reproduce, value over the cost, or value at some specified earlier point in time brought about by greater demand, improved economic conditions, increasing price levels, reversal of depreciating environmental trends, improved transportation facilities, direction of community or area growth, or other factors
9. **ASSIGNMENT** - A valuation service provided because of an agreement between an appraiser and a client.
10. **ASSIGNMENT RESULTS** - An appraiser's opinions and conclusions developed specific to an assignment
11. **ASSUMPTION** - that which is taken to be true
12. **BIAS** - A preference or inclination that precluded an appraiser's impartiality, independence, or objectivity in an assignment
13. **BUSINESS ENTERPRISE** - An entity pursuing an economic activity
14. **CLIENT** - The party or parties who engage an appraiser (by employment or contract) in a specific assignment
15. **CONFIDENTIAL INFORMATION** - Information that is either: Identified by the client as confidential when providing it to an appraiser and that is not available from any other source; or Classified as confidential or private by applicable law or regulation
16. **COST** - The amount required to create, produce, or obtain a property
17. **DEPRECIATION** - A loss of utility and hence value from any cause.  An effect caused by physical deterioration and/or obsolescence
18. **ECONOMIC OBSOLESCENCE** - Impairment of desirability of useful life arising from factors external to the property, such as economic forces or environmental changes which affect supply-demand relationships in the market.  Loss in the use and value of a property arising from the factors of economic obsolescence is to be distinguished from loss in value from physical deterioration and functional obsolescence, both of which are inherent in the property.  Also referred to as Location or Environmental Obsolescence
19. **EXTRAORDINARY ASSUMPTION** - an assumption, related to a specific assignment, which, if found to be false, could alter the appraiser's opinion or conclusions.
20. **FEASIBILITY ANALYSIS** - A study of the cost-benefit relationship of an economic endeavor
21. **FUNCTIONAL OBSOLESCENCE** - Impairment of functional capacity or efficiency.  Functional obsolescence reflects the loss in value brought about by such factors as overcapacity, inadequacy, and changes in the art that affect the property item itself or its relationship with other elements comprising a larger property. The inability of a structure to perform adequately the function for which it is currently employed
22. **HIGHEST AND BEST USE** - That reasonable and probable use that will support the highest present value, as defined, as of the effective date of the appraisal

23. **HYPOTHETICAL CONDITION** - That which is contrary to what exists but is supposed for the purpose of analysis

24. **INTANGIBLE PROPERTY (INTANGIBLE ASSETS)** - Nonphysical assets, including but not limited to franchises, trademarks, patents, copyrights, goodwill, equities, securities, and contracts as distinguished from physical assets such as facilities and equipment

25. **INTENDED USE** - The use or uses of an appraiser's reported appraisal, appraisal review, or appraisal consulting assignment opinions and conclusions, as identified by the appraiser based on communication with the client at the time of the assignment

26. **INTENDED USER** - The client and any other party as identified, by name or type, as users of the appraisal, appraisal review, or appraisal consulting report by the appraiser based on communication with the client at the time of the assignment.

27. **JURISDICTIONAL EXCEPTION** - An assignment condition that voids the force of a part or parts of USPAP, when compliance with part or parts of USPAP is contrary to law or public policy applicable to the assignment

28. **MARKET PRICE** - The amount actually paid, or to be paid, for a property in a particular transaction differs from market value in that it is an accomplished or historic fact, whereas market value is and remains an estimate until proven. Market price involves no assumption of prudent conduct by the parties, absence of undue stimulus, or any other condition basic to the market value concept

29. **MARKET VALUE** - A type of value, stated as an opinion, that presumes the transfer of property (i.e., a right of ownership or a bundle of such rights), as of a certain date, under specific conditions set forth in the definition of the term identified by the appraiser as applicable in an appraisal

30. **PERSONAL PROPERTY** - Identifiable tangible objects that are considered by the general public as being "personal" - for example, furnishings, artwork, antiques, gems and jewelry, collectibles, machinery and equipment; all tangible property that is not classified as real estate

31. **PRESENT VALUE** - The current monetary value. It is the today's cash lump sum, which represents the current value of the right to collect future payments. It is the discounted value of aggregate future payments

32. **PRICE** - The amount asked, offered, or paid for property

33. **REPORT** - Any communication, written or oral, of an appraisal, appraisal review, or appraisal consulting service that is transmitted to the client upon completion of an assignment

34. **SCOPE OF WORK** - The amount and type of information researched, and the analysis applied in an assignment. Scope of work includes, but is not limited to, the following: the degree to which the property is inspected or identified; the extent of research into physical or economic factors that could affect the property; the extent of data research; and the type and extent of analysis applied to arrive at opinions or conclusions

35. **SIGNATURE** - Personalized evidence indicating authentication of the work performed by the appraiser and the acceptance of the responsibility for content, analyses, and conclusions in the report

36. **SUPPLEMENTAL STANDARDS** - Requirements issued by government agencies, government sponsored enterprises, or other entities that establish public policy which add to the purpose, intent and content of the requirements in USPAP, that have a material effect on the development and reporting of assignment results

37. **VALUE** - The monetary relationship between properties and those who buy, sell, or use those properties

38. **VALUATION PROCESS** - Services pertaining to aspects of property value

39. **WORKFILE** - Documentation necessary to support an appraiser's analysis, opinions, and conclusions

# ECONOMIC FACTORS AND MARKET CONDITIONS

## GENERAL ECONOMIC CONDITIONS

As of the first quarter of 2026, the United States economy is projected to experience moderate growth.  According to the Congressional Budget Office, moderate growth of around 2.4% - 2.6% is expected, driven by strong productivity and fiscal policy despite facing challenges of 2.7%-3.0% inflation, new tariffs and high interest rates.  The labor market has seen a slow start this year but is expected to improve with the GDP projected to reach $31.8 trillion.  However, this year's concerns are with rising debt, housing affordability and obvious geopolitical events that are creating energy price shocks posing risks to the stability of the economy.

Studies by the Stanford Institute for Economic Policy released the following forecasts for 2026 Key Economic Indicators and Forecasts:

- **GDP Growth:** Projected at 2.4%–2.6%, with the U.S. potentially outperforming other economies due to technological productivity and fiscal stimulus.
- **Inflation**: Expected to remain elevated, hovering around 2.7%–3.0%, likely missing the Federal Reserve's 2% target until 2027.
- **Interest Rates:** High inflation limits the likelihood of significant rate cuts, keeping borrowing costs high.
- **Labor Market:** The job market faces volatility and potential slowdowns early in the year, but is expected to stabilize, with unemployment remaining low.
- **Trade Policy:** New tariff regimes have increased the effective import tariff rate significantly, with substantial pass-through costs for consumers.
- **Federal Budget:** The deficit is high, with debt held by the public projected to reach 101% of GDP.
- **Housing:** Continues to be a drag on the economy, with low affordability and high construction costs.
- **Spending:** Consumers face pressures from high gas prices ($3.79/gallon for regular at the time of this writing) along with reduced ability to save money.  This creates a volatile, even nervous, spending environment.
- **Corporate Sector**: Tech-driven productivity will continue to boost overall growth in most industries.  Some investors claims that 2026 could be a "boom year" due to corporate tax cuts and increased, although high-cost, economic activity.

### Factors Influencing Cost

- **Industrial (Market Specific)**: Lower oil prices, such as the volatility that was experienced around 2023, caused some operators to reduce activity, lessening demand for new equipment.  That failure to reinvest has now caused operators to scramble for equipment upgrades and maintenance under a season of high demand.

- **Supply Chain & Steel**: While some supply chain issues have stabilized, potential tariffs on steel and other equipment could keep costs high.

- **Offshore vs. Onshore**: While North American land costs are under pressure, international and offshore drilling equipment prices are expected to remain stronger and with higher demand.

## Other Sector-Specific Indicators

Agricultural Machinery (Downturn): The farm equipment sales index has remained below growth-neutral for 30 consecutive months as of February 2026.  U.S. farm tractor sales fell 9.86% in 2025, and combine sales plummeted 35.58%.  44.3% of dealers forecast further declines in new equipment sales for 2026.

Manufacturing Activity: The ISM (The Institute for Supply Management) PMI (Purchasing Managers Index) Manufacturing PMI stood at 52.4% in February 2026, indicating a second month of expansion. Machinery was one of the four large industries that expanded.

Business & Personal Asset Valuation:

Valuation Stability: Commercial asset valuations are stabilizing due to greater pricing clarity and *narrowing bid-ask spreads.*

Appraisal Deal Drivers: Climate, insurance, and physical risk have become primary drivers for asset underwriting in 2026.

Inventory Trends: Total farm machinery inventories have decreased 20.8% from their 2022 peak to roughly $5.72 billion by late 2025, though recent months show a slight uptick.

Price Pressures: Despite sales declines, machinery prices remain high, exacerbated by intense price pressures in steel, aluminum, and new tariffs.

This data demonstrates strong upward momentum, driven by an expanding economy. While 2025 eased inflationary pressures they are not entirely eliminated.  As for 2026, the overall economic outlook remains bright, with indicators pointing to expansion. Businesses and investors should look for opportunities to capitalize on this strengthening environment.

## Monetary Policy and Credit Conditions

In December 2025, the Federal Reserve reduced the federal funds target range, reflecting a measured shift toward less restrictive monetary policy. While borrowing costs remained elevated relative to long-term historical lows, financing conditions improved modestly compared to earlier periods of tighter credit.

For machine shops and fabrication businesses, access to capital during late 2025 remained available but selective. Lenders continued to emphasize borrower credit quality, historical cash flow performance, customer concentration, and collateral condition. Capital expenditures for equipment acquisitions were generally approached conservatively, with emphasis placed on productivity gains, automation, and return-on-investment rather than capacity expansion alone.

Industrial Production and Manufacturing Activity

As of the effective date of value, the U.S. economic environment supported stable but conservative market conditions for machine shop and fabrication equipment. Moderating inflation, stable employment, and modest monetary easing contributed to a balanced operating environment.

Appraisal Standards Disclosures_Extraordinary Assumptions

This appraisal assumes that general economic and market conditions prevailing as of the effective date of value remain reasonably consistent through the exposure and marketing periods considered. No extraordinary assumptions have been made regarding future economic performance, regulatory changes, or market disruptions unless specifically stated elsewhere in this report.

Appraisal Standards Disclosures Limiting Conditions

The economic and market conditions described herein are based on information available as of the effective date of value and are not intended as forecasts or predictions of future conditions. Market conditions may change due to factors beyond the control of the appraiser, including but not limited to interest rate movements, material supply disruptions, regulatory actions, or changes in industrial demand.  Equipment values reflect disciplined capital markets, favoring well-maintained, technologically relevant assets. The appraiser assumes no responsibility for subsequent changes in economic or market conditions occurring after the effective date of this appraisal.

*End of Report*

*All the reports, statistics and contents of this economic report are a compilation of quotes, published statistics and excerpts from websites as credited throughout this article. Expert Equipment Appraisal LLC assumes the contents to be correct yet takes no responsibility for the information contained here. The purpose of this information correlates to this valuation report only for our client's application in whatever means appropriate to their business.*

## APPRAISER'S CERTIFICATE

I hereby Certify to the best of my knowledge that the following beliefs hold true as regard to this Appraisal Report:

1. The Statements of Fact herein are true and accurate.

2. The reported calculations, opinions and conclusions are limited only by the reported assumptions and limiting conditions. These remain my personal, impartial, unbiased, non-prejudicial opinions and conclusions without a guarantee of value. I have not been improperly influenced in arriving at the values including, but not limited to race, religion or nationality.

3. There is no past, present or future interest in any of the Assets of this Equipment Owner nor in the Client and his/her parties involved.

4. No promises were made prior to or as a result of my Engagement in this project and the Engagement was not contingent of any predetermined outcome for anyone involved.

5. My compensation as I complete this assignment is not contingent upon preconceived values favorable to the Client, my opinion and resulting valuation was attained without any promise or subsequent event related to the intended use of this appraisal.

6. Compensation for completing this project is impartial and is consistent and fair according to all projects and assignments engaged by Expert Equipment Appraisal LLC and the Appraisers accordingly are consistently compensated.

7. All conclusions, methods of valuation, opinions and analyses conform with the Uniform Standards of Professional Appraisal Practice (USPAP).

8. In the case of an Onsite Report, I have inspected the subject property personally. In the case of a Desktop Report, I have relied on ethical practices of the Client to provide accurate information.

9. No one provided significant assistance as to research and valuing the property to me as the person certifying this report.

10. I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of the work under review, within the three-year period immediately preceding acceptance of this assignment.

Signed this 9th day of June 2026,

*Brandi L. Rogers*

Digitally signed by:
Brandi L. Rogers, CMEA, ECEA
Expert Equipment Appraisal LLC
for certifiedconsultinggroupllc
Certified Machinery & Equipment Appraiser

    

**Appraiser Resume / CSV – Brandi Rogers, CMEA**

My name is Brandi Rogers, and I am a Certified Machinery and Equipment Appraiser (CMEA) for Expert Equipment Appraisal. I studied and earned my Certification under the NEBB Institute. I understudied for two years under a master certified appraiser prior to my formal study and subsequent training.

I enjoy my career choice as a Certified Appraiser. It allows me the opportunity to help people and businesses find solutions to life's struggles as well as life's successes. I have over 25 years of financial background as I came from the world of lending. These career years served me well as I developed phenomenal customer relations. With those 25 years as my foundation, I am now dedicated to machinery and equipment appraising and satisfying my love of neighbor and need to help.

Early on, with Expert Equipment Appraisal, I assisted in the executive office of Certified Consulting Group, LLC – the parent company to Expert Equipment Appraisal LLC and its other entities. During that apprenticeship I was able to gain a firm understanding of the Guidelines and Standards set forth by the Uniform Standards of Professional Appraisal Practice.

I have been told I am a powerful force in the workplace because of my positive attitude. My tireless energy is utilized to encourage others to work hard and succeed. These traits flow through the appraisal process which seems to ease our client's.

I am inspired daily by my husband and teenage son. In my free time, I like to bike ride, watch movies, and play games with my 3 grandchildren.

About our company:
Expert Equipment Appraisals currently specializes in Machinery / Equipment Appraisals and Business Valuations with clients including State & Municipal Agencies, Banking Institutions, Law Firms, CPA / Accounting Firms, and companies of nearly every type and size. Our understanding of current trends and how they impact a company allows us to not only advise businesses but also various types of organizations. As Expert Certified Machinery and Equipment Appraisers, we are trained and compliant with the *Uniform Standards of Professional Appraisal Practice (U.S.P.A.P.)*.

Continuing Education and Compliance - Ms. Rogers has complied with the requirements of the various certifying organizations of which he is a member and has completed the following courses for license maintenance, re-certification and/or continuing educational requirements (Partial List):

Expert Equipment Appraisals staff carry the following credentials and achievements:
- ECEA – Tested and Certified Expert Certified Equipment Appraiser
- CMEA – Tested and Certified Machinery and Equipment Appraiser

    

Case 1:26-bk-01865-HWV    Doc 1    Filed 06/30/26    Entered 06/30/26 15:52:53    Desc
Main Document      Page 37 of 88

# Certified Machinery & Equipment Appraisal Report

## COMPANY PROFILE

| | |
|---|---|
| Company Name: | Expert Equipment Appraisal LLC |
| Presiding Entity: | Certified Consulting Group LLC |
| Year Established: | 2009 |
| Legal Structure/Ownership: | Limited Liability Corporation / Rodney L. Mefford, President |
| Corporate Office: | Florida          Regional Offices:  Indiana, Texas, Missouri, Pennsylvania |
| Postal Address: | 4076 East state Road 44. Suite 40, Wildwood, Florida 34785 (corporate office) |
| Phone Number: | (800) 785-6061          Fax Number: (888) 545-9119 |
| Email: | Rodm@expertequipmentappraisal.com |
| Website: | www.ExpertEquipmentAppraisal.com |

**COMPANY PROFILE**

**Core Competencies:**  Expert Equipment Appraisal LLC is a wholly owned subsidiary of Certified Consulting Group LLC.  Certified Consulting Group is a multi-faceted consulting organization which has need of certified appraisals by certified master appraisers for portions of the company's mission.  This need includes the determination of client's requirements, needs and unbiased equipment values for all sorts of transactions.  Expert Equipment Appraisal LLC, after gathering preliminary information from the client, engages in preparing a certified appraisal, compliant with USPAP standards and guidelines, that reflects the condition and established values for the client's assets.  In addition, Expert Equipment Appraisal LLC has, due to the parent company's various roles it holds in the industry, the ability to further manage the client's assets, maintain annual updates, establish and perform continual asset tracking as well as provide business analyses as applicable**.**

**Vision Statement:**   Certified Consulting Group LLC builds and grows through the strengths of its clientele's satisfaction.  By consistently producing superior services tailored to meet specific goals, providing advice, information and solutions that make a positive difference for our clients and holding true to our commitment to excellence, may we continue to grow through our achievements, our integrity and our dedication.

**Competitive Advantage:**  Expert Equipment Appraisal LLC is designed to provide certified appraisals for machinery and equipment including supporting assets essential to the operation of any type of business.  We can quickly assess a client's needs, the type of appraisal required, comply with timelines and contingencies as per the circumstances.  We strive to provide client status reports while maintaining minimal interruption of operations to achieve the goals according to our engagement.  Through years of experience, we are quickly able to determine a client's needs, react to emergent situations, turnaround reports in an astoundingly short time due to our depth of talent and coordination of skills required.  We provide firm quotes and engage accordingly, provide logistics, management of asset tracking, and our research and reporting is compliant with USPAP guidelines.  We can assess data applicable to global locations as we have experience in not only the United States but Canada, Mexico, Singapore, China, Japan, Brazil, and Australia.  We offer continual services after the appraisal completion as to updating asset information, maintaining records and physical tagging and implementation of asset tracking systems.  Our Capital Equipment pages can easily merge into your accounting format.

**Financial Reporting**:  In a service industry, whereby goods are not supplied as a component to your business, Certified Consulting Group's solvency is not an issue.  The issue for financial display is the growth and expansion the company has realized to prove performance.  The dollar volume of assets valued for our clients over the past few years is in excess of $1.2 Billion and is growing at about $200 million per year. Our company is averaging over 200 individual appraisals per year.

## A PARTIAL LIST OF THE TYPES OF EQUIPMENT / COMPANIES APPRAISED BY OUR APPRAISERS

| | | |
|---|---|---|
| Agriculture Equipment | Engine Manufacturing | Moving and Storage Companies |
| Airport Support Equipment | Ethanol Plants | National Franchises |
| Asphalt Plants/Sand Pits | Exercise Gyms | Natural Gas Drilling Rigs |
| AstroTurf Manufacturing | Fabrication Equipment | Natural Gas Equipment |
| Astroturf Installation | Fast Food Restaurants | Newspapers |
| Auto Body / Repair | Farm Equipment / Storage | Oil and Gas Refineries |
| Auto Dealerships | Fire / Flood Restoration Services | Oil Rigs / Drilling Rigs |
| Auto Parts Stores | Fleet Maintenance Services | Oil Field Equipment |
| Bakeries | Food Processing Plants | Oil Field Service Companies |
| Banks | Forestry Equipment | Photography Studios |
| Building Product Supplies | Franchises | Physicians Practices |
| Cabinet Manufacturing | Furniture Manufacturing | Plastic Extrusion Equipment |
| Call Centers | Gasoline Stations | Plumbing Contracting Services |
| Carpet Manufacturing | Gold Mines | Printing Companies |
| Catalog & Mail Order Houses | Golf Courses | Professional Buildings |
| Chemical Manufacturers | Grocery Stores | Quarries |
| Chemical Distributors | Hardware Stores | Radio/TV Repair Companies |
| Chemical Transportation | Hospitals | Recreational Vehicle Dealerships |
| Clinics | High Tech Manufacturing Companies | Recycling / Waste Centers |
| Coal Strip Mine Equipment | High Wall Mining Equipment | Refuse Hauling Companies |
| Coal Underground Mine Equipment | Hotels | Restaurants |
| Communications Towers | Industrial Manufacturing | Restaurant Franchises |
| Computer / Server / Electronics | Industrial Plant & Machinery | Retail Stores / National Chains |
| Construction Companies | International Companies | Rodeo Stadiums |
| Convenience Stores | Janitorial Companies | Solar Array Manufacturing |
| Country Clubs | Lumber Yards | Solar Panel Fields |
| Dairy Farms | Machine Shops | Textile Mill Production |
| Data Centers / Server Farms | Manufacturing Companies | Transportation / Trucking Fleets |
| Demolition Companies | Medical Clinics | Veterinary Clinics / Supplies |
| Dental Practices | Microchip Manufacturing | Welding / Repair Shops |
| Distribution Companies | Millwork Shops | Well Drilling Companies |
| Dry Cleaners | Mines Gold, Coal, Copper | Well Servicing Companies |
| Electrical Contracting Services | Motels | Wholesale Businesses |
| Electronics Manufacturing | Motor Freight Transportation | Woodworking Shops |

## SIGNED ENGAGEMENT AGREEMENT COPY

**Expert Equipment Appraisal**
**By Expert Equipment Appraisal, LLC**
**for certifiedconsultinggroupLLC**

### ENGAGEMENT AGREEMENT

| Attention: | Roberto Perez Rios | JOB NUMBER: | PER060926 |
|---|---|---|---|

Thank you for allowing us this opportunity to become your appraiser of choice for this assignment. Our Appraisers will diligently work to make this process go as smoothly as possible for you.

The details of your certified appraisal include the following Scope of Work:
- 1 total pieces of property with values of $2,500 and higher may be valued in a line-item summary. All other assets may be grouped as ancillary assets.
- A Certified, USPAP Compliant, Substantiated, Court-tested, digital Appraisal Report
- A Line-Item Summary of Machinery / Equipment w/ Picture and Research Summary (When Available)

| Quoted Total Fee: | $895.00 | Appraisal Report Type: | Desktop Appraisal |
|---|---|---|---|

| | |
|---|---|
| Terms: | Upon Engagement |
| Payment Information: | Please check the box below reflecting your Authorized Payment Method for invoicing: |
| Authorized Payment Method: | Check (electronic only) ☐   Credit Card (add 3.5% Convenience Fee) ☑ Wire (Instructions on Invoice) ☐ |
| Effective Date of Report: | June 9, 2026          Completed: 3-5 business days from receipt of all required data. |

*The completion of the report in this time frame relies on receipt of ALL equipment data from the client or from the site visit. Any delays, additions, or changes can affect the Expected Completion Date.*

| | |
|---|---|
| Client (Ordering Entity): | Roberto Perez Rios |
| Client Address: | 999 Chanceford Avenue, York, Pennsylvania 17404 |
| Client Contact Name: | Roberto Perez Rios          Title: |
| Client Contact Phone: | 717-980-1405          Email: Robertoperez_rios@yahoo.com |

| | |
|---|---|
| Intended Users | Roberto Perez Rios, Attorney |

| | |
|---|---|
| Equip. Location Business: | Roberto Perez Rios |
| Equipment Address(es): | 999 Chanceford Avenue, York, Pennsylvania 17404 |
| Onsite Contact Name: | Roberto Perez Rios          Title: |
| Onsite Contact Phone: | 717-980-1405          Email: Robertoperez_rios@yahoo.com |

| | |
|---|---|
| Reason for Appraisal: | Bankruptcy |

| | |
|---|---|
| Type(s) Of Value: | Fair Market Value |
| Type of Property: | Semi Tractor |

*The parameters of this engagement are also based on previous communication. The appraiser is to use the approaches to value he/she feels is applicable, or a blending thereof, in determining value.*

As a result of our previous communication, and at your request, we will report this Certified Appraisal Report according to one of the report formats outlined in Standard Rule Eight of the Uniform Standards of Professional Appraisal Practice. Specifically, you have requested that the assignment be reported as a Summary Appraisal Report Format. Our Onsite Scope of Work includes a visual inspection of equipment. I have determined that the chosen report format is consistent with the nature of the assignment and the intended use of the report. By signing below, you, the Client, and Appraiser agree to the Scope of Work and Terms of Agreement (As found on page 3 as follows). The appraiser certifies that involvement with the property hereby being appraised in the last three years is: NONE

| Company Representative: | Client Name(s) (printed): Roberto Perez Rios |  |
|---|---|---|
| Digitally Signed By: Rodney L. Mefford, President Expert Equipment Appraisal, LLC For certifiedconsultinggrouplc Certified Machinery & Equipment Appraiser | Client Signature(s): Roberto Perez Rios (Jun 9, 2026 14:47:08 EDT) | |
| Date: June 9, 2026 | Client Title (printed): Owner | Date: Jun 9, 2026 |

# Expert Equipment Appraisal
## By Expert Equipment Appraisal, LLC
### for certifiedconsultinggroupLLC

## Scope of Work

The values in the Appraisal Report shall be reflected as an estimation of the Rounded Value. The types of value reported have been determined by the appraiser, upon engagement by the client, to be appropriate to the client's needs. It should be noted that if these items should sell under any other scenario, then different values would be realized. (Please see Machinery & Equipment Value Definitions)

This report is intended to comply with the reporting requirements as defined under Standards Rule 8 of the Uniform Standards of Professional Appraisal Practice (USPAP). As such, it presents only summary discussions of the data, reasoning, and analyses that are used in the processes to develop the Appraiser's Opinion of Value. Supporting documentation that is not provided with the report concerning data, reasoning and analyses is retained in the appraiser's file. The depth of discussion contained in this report is specific to the needs of the client and for the intended use stated within this report. Not all specific requirements are applicable to every assignment. In this assignment, not all data involving subject sales, offerings, options and listing was obtainable and verifiable, although the appraiser has made every effort to gather the data by direct contact with the various sources through telephone or e-mail. If this detailed data is not included or addressed, the data is considered to be irrelevant. Due to the large number of subject properties oftentimes appraised in a machinery/equipment appraisal, the Summary Report is a commonly used report form and generally are accepted by the courts, taxing authorities, lenders, business owners, accountants, and other users of appraisal services.

In the case of an Onsite Appraisal, the Appraiser is bound to visually inspect the assets covered by this Report. As covered previously (see section: Degree to Which Property is Inspected or Identified), the assets were verified to be in existence and in working order or capable of working unless otherwise noted with the goal of establishing condition but is not to be considered a mechanical inspection.

The Income Approach would be purely hypothetical in this assignment. The Cost Approach and the Market Data Approach have been utilized for the final value estimate of each item or category with heavy emphasis on the Market Data Approach when possible. The appraiser, when implementing the market data approach, has endeavored to find "sold comparables." That is to say, they are similar items that have transferred in ownership. These comparable sales provide the best and most reliable information. However, if actual historical sales information is not available, the appraiser will oftentimes look to the current market of similar items currently for sale. This information can be useful in estimating value. In this report, a search has been made for "sold" items and items currently "for sale".

The appraiser has gathered data on the subject items from as many sources as practical, including but not limited to the original equipment manufacturer (if possible), dealers and brokers of like equipment, published catalogs, and guides of similar equipment as well as the Internet. Upon gathering data regarding new and similar models with characteristics of the subject equipment, the writer has then analyzed the data to estimate value.

After conversations with various industry professionals, including the above-mentioned sources, the appraiser endeavored to arrive at a value estimate for the subject equipment. After a value was established, this written report was then formulated to set forth the findings and conclusions of the appraiser. An extreme effort was made to comply with the Uniform Standards of Professional Appraisal Practice in providing the final written report. This is a report estimating value based on reported conditions. If it is the client's desire to verify the physical condition and/or needed repairs of the machinery/equipment, which is the subject of this report, the client should consult a qualified mechanic/technician. To determine actual mechanical condition is outside of the appraiser's expertise and the scope of this assignment.

This assignment has called for only the larger, more expensive items owned by the client to be appraised. It is understood that oftentimes there also exist smaller, less expensive ancillary/support items that "support" the larger items. These items, too, obviously have value but do not in and of themselves merit the time and expense of an individual valuation. Therefore, it is agreed by the client's use of this report, that if these types of items are mentioned in this report, they will be added under a separate section(s) as opposed to the larger capital items and the appraiser will only apply the Cost Approach (less depreciation) to value. The Market Data Approach will not be applied to the smaller, less significant items, due to time and cost factors required in researching smaller items. These items typically include smaller hand tools, furniture, fixtures, shelving, electronic items, i.e., computers, calculators, copiers, telephone systems, etc., and other less expensive items which are considered to "support" the items, which are the focus of this report. Industry depreciation standards have been applied with little, if any, individual description. Lot pricing is employed with these types of items.

Further, the request to the writer as to the "level of trade" needed was implemented. The equipment may be valued in place, in use, and as part of a going concern entity; in place, not in use; in place to be removed; not in place, etc. Many types of equipment items are labor intensive in their millwright, installation, or removal.

This evaluation sets forth the findings and conclusions of the writer, is based upon an investigation of conditions affecting value, and is subject to the Scope of Work. Without reading the Scope of Work, the report cannot be fully understood.

The scope of this assignment as explained above has been requested and/or agreed to by the client along with the conditions as stated in the Engagement Agreement.

Client initials:

**Expert Equipment Appraisal**
**By Expert Equipment Appraisal, LLC**
**for certifiedconsultinggroupLLC**

## Additional Information and Terms of Agreement

You have requested an *Appraisal Report* as defined by the Uniform Standards of Professional Appraisal Practice:

1. Certified Consulting Group LLC and its Affiliates / Signing Appraiser(s) are Ethically bound to keep the Client, Equipment Business, Intended Users, and Transaction Details or Information in the strictest confidence.
2. The appraisal report will not be shared without the Client's / Certified Consulting Group LLC's approval.
3. The appraiser will report the type of value requested by the client by researching the market and industry, apply the appropriate approaches to value, and provide a written report of his/her findings.
4. Only the larger items of machinery/equipment will be appraised using the whole range of appraisal methodology. If applicable, the balance of smaller support items will be valued by way of industry depreciation standards and historical metrics. These smaller items will be valued and reported in bulk.
5. Payment to Certified Consulting Group LLC or its affiliates, assumes acceptance of appraisal scope / terms of agreement. In the event of any delay attributed to the Client or its parties exceeding 45 days from the executed engagement agreement, the cost of services shall immediately be reconciled by you, the client. The invoiceable services at any phase of completion shall revert to our normal hourly rate and be rendered due on receipt without negotiation. If at any time the US Dollar experiences extreme inflation (more than 10% - measured from contract signing), client agrees that any remaining balance will be paid at an adjusted rate based on the US Dollars value as of the date of remaining balance payment or portions thereof. This is a non-refundable, non-cancellable transaction.
6. In the unlikely event of a dispute, the parties under the terms of this agreement shall be subject to arbitration. Arbitration shall be conducted in the state of Florida.
7. The appraiser is indemnified against any and all problems that may arise from the use of this report. You agree to indemnify and hold us harmless against and from all losses, claims, actions, damages, expenses or liabilities, including reasonable attorney's fees, to which we may become subject relating to this engagement. You will not be liable for our negligence.
8. You agree that, in the event we are judicially determined to have acted negligently in the execution of this engagement, damages shall be limited to an amount not to exceed the fee received by us for this engagement.
9. Our liability for injury or loss, if any, arising from the services we provide to you shall not exceed $5,000 or our fee, whichever is greater. There shall be no punitive damages. Increased liability limits may be negotiated upon your written request, prior to commencement of our services, and your agreement to pay an additional fee.
10. If in the future the appraiser is called on to testify in deposition or court, by the client or any other party regarding this appraisal report, the appraiser will be paid by the client the going hourly rate (Minimum of 8 Hours.) This fee will cover professional time, the gathering of materials, reviewing the case and preparing for testimony along with other expenses incurred including travel. The Appraiser will also be paid by the client the going hourly rate (Minimum of 8 Hours) along with reimbursements for testimony if subpoenaed as a witness in a subsequent litigation by any party and such testimony involves the work performed pursuant to this agreement. If the appraiser is ordered by a state or federal judge to permit the subsequent inspection and/or reproduction of files, records, and other documents relating to work performed by us pursuant to this agreement, it is agreed that we may comply with these orders without prior notice to the client. A minimum retainer shall be paid 10 days in advance of travel that includes - 8 hours of going hourly rate, travel expenses, any pretrial expenses incurred. Ongoing litigation will be billed weekly as incurred against an in-place retainer minimum, this retainer will be based on expected expenditures as determined by client & appraiser. (Going Hourly Fees provided upon request).
11. If the appraiser is called upon as an expert witness a separate agreement shall be made for compensation at that time. The client will shoulder the responsibility of legal costs incurred by the appraiser when defending this appraisal.
12. Client agrees that the Limiting Conditions, as stated in the report, will be acceptable with the level of work and detail of work to be performed as outlined in the "Scope" section of the report. A sample of a fully defined Scope Section of our report has been provided and received by the client.
13. In Compliance with national U.S.P.A.P. Standards and Guidelines and our company policy all Appraisal Fees are Due as follows: For a Desktop Certified Appraisal Report – Upon Engagement unless otherwise negotiated; For an Onsite Certified Appraisal Report – Draw 1: 50% is due PRIOR to scheduling our site visit and Draw 2: Final 50% is due prior to the release of the report unless otherwise negotiated. (USPAP Compliance as outlined in Standard Rule Eight of the Uniform Standards of Professional Appraisal Practice).07
14. Should payment of your, the Client, invoice not be received within the specified terms stated on the Engagement Agreement, the Client shall pay a late payment penalty equal to eighteen PERCENT (18%) per annum on the amount then due for the actual number of days that such payment is past due.

Client initials: [  ]

## REASONING THAT SUPPORTS THE ANALYSIS, OPINIONS, AND CONCLUSION

To provide Cost Less Depreciation Analysis, the appraiser has used, when possible, the actual manufacturer (or dealers) of the subject equipment. At times, new replacement models are offered when the subject model is no longer being made. When this condition exists, the appraiser endeavors to correlate and adjust for various factors involved. If the actual manufacturer of the equipment is not available or cannot be reached for any reason, then dealers or distributors are contacted when possible for verification of similar items with similar utility. Sometimes the manufacturer, distributors, and dealers can provide information for the Market Data Approach as well, since they are oftentimes aware of equipment on the used market, even selling similar equipment at times. A search is also made of similar items in the general marketplace that have sold and are presently offered for sale. Unless specifically stated, the Income Approach has not been applied in this assignment for reasons mentioned above.

**Sources Contacted**

This report, to meet USPAP compliancy as well as instill confidence in the Client and any Intended User(s), must convey sources of data and validation processes. Reference to details of this appraiser's data resources is listed on the Capital Equipment page(s) to define by item, the process and procedures used to conform to accepted methods as per USPAP guideline 6.8 (j) and, consequently, result in credible value conclusions. Let it be known that the primary sources are drawn from websites, Expert Equipment Appraisal LLC's database, the Appraisers personal knowledge, dealers / re-sellers and invoices provided us by the Client.

The following sources were used or compared in this assignment: Details of the research used are maintained in the Appraisers files.

| Purple Wave | Commercial Truck Trader |
|---|---|
| Soarr | Gov Planet |
| Fastline | |

## FINAL VALUE SUMMARY AND RECONCILIATION

Solely based on the information supplied and made accessible to the appraiser, using due diligence, investigatory methods, conversations with associates familiar with the maintenance and upkeep of the assets for appraisal, discussions with individuals who have no association with the assets but familiar with similar equipment and aware of market conditions and sell-ability, as the appraiser, as it pertains to the gathered information, I applied a combination of methods of evaluation.  Primary emphasis was given to the Market Data approach.  If an abundance of information was unavailable, comparative information was non-existent or details were unclear, then the cost approach was used.

With all things considered, I hereby present the Total Estimated Values as contained within these documents.

|  | **Fair Market Value** |
|---|---|
| Capital Equipment Totals | $19,200 |

Case 1:26-bk-01865-HWV    Doc 1    Filed 06/30/26    Entered 06/30/26 15:52:53    Desc
Main Document        Page 44 of 88

## CAPITAL EQUIPMENT

**Comments Regarding Capital Equipment**

The appraiser has attempted to analyze all subject sales comparisons, offers, options, and listings in accordance with USPAP Standards Rule 7-5. Data found was limited and, in some cases, unobtainable. The appraiser has gathered data from dealers, manufacturers, brokers, and others. The Internet has also been used, all to determine detail and characteristics of the appraised item(s). Data that was found has been weighted in the final value estimate or otherwise considered irrelevant.

This estimate assumes all items receive periodic maintenance according to instructions of original manufacturing companies (or their successors) and by use of replacement components (new, used, remanufactured, or reverse-engineered) available either from those companies or from alternative suppliers in the aftermarket.

Case 1:26-bk-01865-HWV    Doc 1    Filed 06/30/26    Entered 06/30/26 15:52:53    Desc
Main Document      Page 45 of 88

## General Photographs

The following are a collection of photos to display the condition and environment of the machinery being appraised. More photos may be available upon request if needed.











Case 1:26-bk-01865-HWV    Doc 1    Filed 06/30/26    Entered 06/30/26 15:52:53    Desc
Main Document       Page 46 of 88

| # | Make | Model | Year | Description | Fair Market Value | Research | Picture |
|---|------|-------|------|-------------|-------------------|----------|---------|
| 1 | MACK | CXU613 | 2016 | SEMI TRACTOR<br>Miles: 594,217<br>Vin: 1M1AW07Y2GM076109<br>Notes: Sleeper Cab, MP8 engine 445 hp, 13-speed manual transmission.<br>From Client: The truck turns on, but the engine has trouble picking up speed. | $19,200 | Condition: Fair<br>Remaining Useful Life: 10 Years<br>Research: See Sources Contacted<br>Market Data \| Cost Approach | |

Case 1:26-bk-01865-HWV　Doc 1　Filed 06/30/26　Entered 06/30/26 15:52:53　Desc
Main Document　Page 47 of 88

**Fill in this information to identify your case:**

| Debtor 1 | **Roberto Perez Rios** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number _____
(if known)

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt          **4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**   **Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **2016 Mack Vision 590,000 miles Value as per appraisal by Expert Equipment Appraisal is $19,200 Co-Owned with Debtor's Corporation - RYZ Transport Inc.**<br>Line from *Schedule A/B*: **3.1** | $9,600.00 | ■ | $9,600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **2011 Hyundai Sonata 201000 miles Has interior damage, transmission needs repair**<br>Line from *Schedule A/B*: **3.3** | $4,000.00 | ■ | $1,971.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| **Ordinary clothing**<br>Line from *Schedule A/B*: **6.1** | $300.00 | ■ | $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Checking: Regions Bank**<br>Line from *Schedule A/B*: **17.2** | $0.00 | ■ | $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Case 1:26-bk-01865-HWV   Doc 1   Filed 06/30/26   Entered 06/30/26 15:52:53   Desc
Main Document      Page 48 of 88

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Savings: Penfed Bank** <br> Line from *Schedule A/B*: **17.3** | $106.89 | ■  $106.89 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **RYZ Transport Inc.** <br> **Sole Assets is truck previousl disclosued** <br> **100 % ownership** <br> Line from *Schedule A/B*: **19.1** | $9,600.00 | ■  $7,768.11 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Case 1:26-bk-01865-HWV    Doc 1    Filed 06/30/26    Entered 06/30/26 15:52:53    Desc
Main Document        Page 49 of 88

**Fill in this information to identify your case:**

Debtor 1    **Roberto Perez Rios**

     First Name      Middle Name      Last Name

Debtor 2
(Spouse if, filing)    First Name      Middle Name      Last Name

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF PENNSYLVANIA

Case number
(if known) _____

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

    ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

    ☒ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

| 2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|

| 2.1 | **Midland Mortgage Co** | Describe the property that secures the claim: | **$285,197.00** | **$335,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**Attn: Customer
ServiceBankruptcy
Po Box 26648
Oklahoma City, OK 73216**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

> **592 Buchannan Dr Davenport, FL
> 33837 Polk County
> Debtor is surrendering house is in
> foreclosure**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **Opened 08/20 Last Active 4/30/26**     Last 4 digits of account number **8091**

Debtor 1 **Roberto Perez Rios**

First Name    Middle Name    Last Name

Case number (if known) _____

---

**2.2** | **Santander Consumer Usa**

Creditor's Name

**Attn: Bankruptcy**
**Po Box 961211**
**Fort Worth, TX 76161**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Describe the property that secures the claim:**

**2021 Dodge Ram 38,000 miles KBB estimate**

$30,486.00    $30,520.00    $0.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **Opened 05/21 Last Active 4/30/26**

Last 4 digits of account number **1000**

---

**2.3** | **Springlf Fin**

Creditor's Name

**Po Box 1010**
**Evansville, IN 47706**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Describe the property that secures the claim:**

**2011 Hyundai Sonata 201000 miles Has interior damage, transmission needs repair**

$2,029.00    $4,000.00    $0.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **Opened 01/25 Last Active 5/31/26**

Last 4 digits of account number **0572**

---

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 3

Debtor 1  **Roberto Perez Rios**　　　　　　　　　　　Case number (if known) _____

First Name　　　　Middle Name　　　Last Name

| 2.4 | **Westgate Resorts Ltd** | Describe the property that secures the claim: | **$4,388.00** | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

Creditor's Name

**Real Estate Specific**

**Attn: Bankruptcy**
**5601 Windhover Dr.**
**Orlando, FL 32819**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Opened 05/18  Last Active**

Date debt was incurred  **2/18/23**　　　　Last 4 digits of account number  **6855**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$322,100.00** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$322,100.00** |

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| | | | |
|---|---|---|---|
| Debtor 1 | **Roberto Perez Rios** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF PENNSYLVANIA

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Internal Revenue Service** | Last 4 digits of account number ____ | **$600.00** | **$600.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**When was the debt incurred?** ____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify ____
   **2025 taxes**

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

   **Total claim**

Case 1:26-bk-01865-HWV    Doc 1    Filed 06/30/26    Entered 06/30/26 15:52:53    Desc
Main Document        Page 53 of 88

| 4.1 | **Asset Recovery Solutio** | Last 4 digits of account number | 7761 | $35,844.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2200 E Devon**
**Des Plaines, IL 60018**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 02/26**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection Attorney Mosaic**

---

| 4.2 | **Capital One** | Last 4 digits of account number | 7557 | $855.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**AttN: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 08/20  Last Active 02/24**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| 4.3 | **Capital One** | Last 4 digits of account number | 2662 | $6.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**AttN: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened  2/17/26  Last Active 5/07/26**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| 4.4 | **Cavalry Portfolio Services** | Last 4 digits of account number | **0926** | **$3,751.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**1 American Lane, Ste 220**
**Greenwich, CT 06831**

**When was the debt incurred?** **Opened 08/25  Last Active 01/24**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed
**Type of NONPRIORITY unsecured claim:**
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection Attorney Synchrony Bank**

---

| 4.5 | **Central Portfolio Control** | Last 4 digits of account number | **8189** | **$2,089.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**
**10249 Yellow Circle Drive, Suite 200**
**Minnetonka, MN 55343**

**When was the debt incurred?** **Opened 02/26**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed
**Type of NONPRIORITY unsecured claim:**
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection Attorney Allatoona Emergency Group Pc**

---

| 4.6 | **Cws/cw Nexus** | Last 4 digits of account number | **0646** | **$470.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 9201**
**Old Bethpage, NY 11804**

**When was the debt incurred?** **Opened 11/23  Last Active 12/24**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed
**Type of NONPRIORITY unsecured claim:**
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

Case 1:26-bk-01865-HWV    Doc 1    Filed 06/30/26    Entered 06/30/26 15:52:53    Desc
Main Document      Page 55 of 88

| 4.7 | **Jefferson Capital Systems, Llc** | Last 4 digits of account number | **8003** | **$1,194.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy
200 14th Ave E
Sartekk, MN 56377**

When was the debt incurred?   **Opened 12/25  Last Active 11/23**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only        ☐ Contingent

☐ Debtor 2 only        ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only    ☐ Disputed

☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**    ☐ Student loans

**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify   **Factoring Company Account T-Mobile**

---

| 4.8 | **Kikoff** | Last 4 digits of account number | **5QHJ** | **$280.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy
75 Broadway  Suite 226
San Fransico, CA 94111**

When was the debt incurred?   **Opened  2/01/26  Last Active 5/18/26**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only        ☐ Contingent

☐ Debtor 2 only        ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only    ☐ Disputed

☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**    ☐ Student loans

**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify   **Charge Account**

---

| 4.9 | **LVNV Funding LLC/Resurgent Capital Servi** | Last 4 digits of account number | **4739** | **$1,552.00** |

Nonpriority Creditor's Name
**Resurgent Correspondence, Attn: Bankrupt
Po Box 1269
Greenville, SC 29602**

When was the debt incurred?   **Opened 09/24  Last Active 02/24**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only        ☐ Contingent

☐ Debtor 2 only        ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only    ☐ Disputed

☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**    ☐ Student loans

**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify   **Factoring Company Account Credit One Bank N.A.**

| 4.10 | **LVNV Funding LLC/Resurgent Capital Servi** | Last 4 digits of account number | **5749** | **$1,378.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Resurgent Correspondence, Attn: Bankrupt**
**Po Box 1269**
**Greenville, SC 29602**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**When was the debt incurred?**    **Opened 1/27/26  Last Active 12/23**

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Factoring Company Account Goldmansachsbankusa Apple Card**

---

| 4.11 | **Portfolio Recovery Associates, LLC** | Last 4 digits of account number | **2103** | **$2,149.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**120 Corporate Boulevard**
**Norfolk, VA 23502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**When was the debt incurred?**    **Opened 08/24  Last Active 01/24**

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Factoring Company Account Citibank N.A.**

---

| 4.12 | **Regions Bankcard** | Last 4 digits of account number | **1171** | **$271.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**1900 5th Ave N,**
**Hover, AL 35203**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**When was the debt incurred?**    **Opened 12/18  Last Active 5/07/26**

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Line Secured**

---

Debtor 1 **Roberto Perez Rios**                    Case number (if known) _____

| 4.13 | **Telecom Self-reported** | Last 4 digits of account number | **FA89** | $16.00 |

**Telecom Self-reported**
Nonpriority Creditor's Name
**Po Box 4500**
**Allen, TX 75013**
Number Street City State Zip Code

Last 4 digits of account number  **FA89**   $16.00

When was the debt incurred?  **Last Active  2/23/26**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Agriculture Chkg/Google**

**Is the claim subject to offset?**
■ No
☐ Yes

| 4.14 | **Total Visa/tbom/vt** | Last 4 digits of account number | **6318** | $45.00 |

**Total Visa/tbom/vt**
Nonpriority Creditor's Name

**Po Box 84930**
**Sioux Falls, SD 57118**
Number Street City State Zip Code

Last 4 digits of account number  **6318**   $45.00

When was the debt incurred?  **Opened 02/26  Last Active 06/26**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 600.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 600.00 |
| | | | | Total Claim |
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |

Case 1:26-bk-01865-HWV    Doc 1    Filed 06/30/26    Entered 06/30/26 15:52:53    Desc
Main Document      Page 58 of 88

| | | | | |
|---|---|---|---|---|
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 49,900.00 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 49,900.00 |

| Debtor 1 | **Roberto Perez Rios** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF PENNSYLVANIA

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.   **Do you have any executory contracts or unexpired leases?**

   ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.   **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** _____<br>Name<br><br>_____<br>Number     Street<br><br>_____<br>City          State     ZIP Code | |
| **2.2** _____<br>Name<br><br>_____<br>Number     Street<br><br>_____<br>City          State     ZIP Code | |
| **2.3** _____<br>Name<br><br>_____<br>Number     Street<br><br>_____<br>City          State     ZIP Code | |
| **2.4** _____<br>Name<br><br>_____<br>Number     Street<br><br>_____<br>City          State     ZIP Code | |
| **2.5** _____<br>Name<br><br>_____<br>Number     Street<br><br>_____<br>City          State     ZIP Code | |

Case 1:26-bk-01865-HWV    Doc 1    Filed 06/30/26    Entered 06/30/26 15:52:53    Desc
Main Document      Page 60 of 88

| Debtor 1 | **Roberto Perez Rios** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number
(if known) _____

☐ Check if this is an
  amended filing

## Official Form 106H
## Schedule H: Your Codebtors

**12/15**

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor** Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

**3.1**

| Name | |
|---|---|

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Number    Street
City              State              ZIP Code

**3.2**

| Name | |
|---|---|

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Number    Street
City              State              ZIP Code

Case 1:26-bk-01865-HWV    Doc 1    Filed 06/30/26    Entered 06/30/26 15:52:53    Desc
Main Document        Page 61 of 88

Debtor 1          **Roberto Perez Rios**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF PENNSYLVANIA

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income                                   **12/15**

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| **Part 1:** | **Describe Employment** |
| --- | --- |

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

|  | **Debtor 1** | **Debtor 2 or non-filing spouse** |
| --- | --- | --- |
| **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | **Truck Driver** | |
| **Employer's name** | **KBS, Inc.** | |
| **Employer's address** | **P.O. Box 7**<br>**Thomasville, PA 17364-0007** | |
| **How long employed there?** | **1 year** | |

| **Part 2:** | **Give Details About Monthly Income** |
| --- | --- |

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
| --- | --- | --- | --- | --- |
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **4,412.08** | $ **N/A** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **N/A** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ **4,412.08** | $ **N/A** |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 4,412.08 | $ N/A |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| | 5e. **Insurance** | 5e. | $ 0.00 | $ N/A |
| | 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| | 5g. **Union dues** | 5g. | $ 0.00 | $ N/A |
| | 5h. **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ N/A |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ N/A |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 4,412.08 | $ N/A |
| 8. | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ -1,842.00 | $ N/A |
| | 8b. **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| | 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| | 8e. **Social Security** | 8e. | $ 0.00 | $ N/A |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
| | 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| | 8h. **Other monthly income.** Specify: | 8h.+ | $ 0.00 + | $ N/A |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ -1,842.00 | $ N/A |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 2,570.08 + $ N/A = | $ 2,570.08 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____    11.  +$    0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies

12.  $   2,570.08

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■  No.
☐  Yes. Explain: _____

Debtor 1      **Roberto Perez Rios**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF PENNSYLVANIA

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter
13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

Part 1:    **Describe Your Household**

1.   **Is this a joint case?**

☑ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

☐ No

☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.   **Do you have dependents?**   ☑ No

Do not list Debtor 1 and Debtor 2.

Do not state the dependents names.

☐ Yes.   Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3.   **Do your expenses include expenses of people other than yourself and your dependents?**   ☑ No   ☐ Yes

Part 2:    **Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4.   **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

4. $                                  250.00

**If not included in line 4:**

4a.    Real estate taxes                                              4a. $                    0.00
4b.    Property, homeowner's, or renter's insurance                  4b. $                    0.00
4c.    Home maintenance, repair, and upkeep expenses                 4c. $                    0.00
4d.    Homeowner's association or condominium dues                   4d. $                    0.00
5.   **Additional mortgage payments for your residence,** such as home equity loans   5. $                    0.00

6.  **Utilities:**
    6a.   Electricity, heat, natural gas                                   6a.  $                    0.00
    6b.   Water, sewer, garbage collection                           6b.  $                    0.00
    6c.   Telephone, cell phone, Internet, satellite, and cable services   6c.  $                  115.00
    6d.   Other. Specify:                                                  6d.  $                    0.00
7.  **Food and housekeeping supplies**                                     7.  $                  540.00
8.  **Childcare and children's education costs**                          8.  $                    0.00
9.  **Clothing, laundry, and dry cleaning**                               9.  $                    0.00
10. **Personal care products and services**                             10.  $                    0.00
11. **Medical and dental expenses**                                      11.  $                    0.00
12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.                                        12.  $                  250.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books**  13.  $                    0.00
14. **Charitable contributions and religious donations**                14.  $                    0.00
15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a.  Life insurance                                                 15a.  $                    0.00
    15b.  Health insurance                                              15b.  $                    0.00
    15c.  Vehicle insurance                                             15c.  $                  292.00
    15d.  Other insurance. Specify:                                     15d.  $                    0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify:                                                            16.  $                    0.00
17. **Installment or lease payments:**
    17a.  Car payments for Vehicle 1                                    17a.  $                  892.00
    17b.  Car payments for Vehicle 2                                    17b.  $                  216.00
    17c.  Other. Specify:                                               17c.  $                    0.00
    17d.  Other. Specify:                                               17d.  $                    0.00
18. **Your payments of alimony, maintenance, and support that you did not report as
    deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**  18.  $                    0.00
19. **Other payments you make to support others who do not live with you.**        $                    0.00
    Specify:                                                            19.
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***
    20a.  Mortgages on other property                                   20a.  $                    0.00
    20b.  Real estate taxes                                             20b.  $                    0.00
    20c.  Property, homeowner's, or renter's insurance                  20c.  $                    0.00
    20d.  Maintenance, repair, and upkeep expenses                      20d.  $                    0.00
    20e.  Homeowner's association or condominium dues                   20e.  $                    0.00
21. **Other:** Specify:                                                 21.  +$                    0.00

22. **Calculate your monthly expenses**
    22a.  Add lines 4 through 21.                                             $                2,555.00
    22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   $
    22c.  Add line 22a and 22b.  The result is your monthly expenses.          $                2,555.00

23. **Calculate your monthly net income.**
    23a.  Copy line 12 *(your combined monthly income)* from Schedule I.  23a.  $                2,570.08
    23b.  Copy your monthly expenses from line 22c above.               23b.  -$                2,555.00

    23c.  Subtract your monthly expenses from your monthly income.
          The result is your *monthly net income*.                     23c.  $                   15.08

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ■ No.
    ☐ Yes.      Explain here:

| | | | |
|---|---|---|---|
| Debtor 1 | **Roberto Perez Rios** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Roberto Perez Rios**                          X _____
**Roberto Perez Rios**                                      Signature of Debtor 2
Signature of Debtor 1

Date **6/30/2026**                                              Date _____

Official Form 106Dec                **Declaration About an Individual Debtor's Schedules**

| Debtor 1 | **Roberto Perez Rios** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy   04/25

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

**1. What is your current marital status?**

■ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **592 Buchannan Dr Davenport, FL 33837** | From-To: | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2 | Explain the Sources of Your Income |
|---|---|

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | **$19,929.01** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** (January 1 to December 31, 2025 ) | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $61,518.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, 2024 ) | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $32,560.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

**5.   Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■   No
☐   Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

**6.   Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐   No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?
☐   No.      Go to line 7.
☐   Yes      List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

■   Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

■   No.      Go to line 7.
☐   Yes      List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Case 1:26-bk-01865-HWV   Doc 1   Filed 06/30/26   Entered 06/30/26 15:52:53   Desc
Main Document       Page 68 of 88

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
| --- | --- | --- | --- | --- |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
| --- | --- | --- | --- | --- |

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
| --- | --- |

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
| --- | --- | --- | --- |
| **Roberto Perez Rios 2026-SU-001831** | **Civil** | **Cavalry Portfolio Services 1 American Lane Suite 220 Greenwich, CT 06831** | ■ Pending ☐ On appeal ☐ Concluded |
| **Roberto Perez Rios 2026-SU-002220** | **Civil** | **Portfolio Recovery Associates 120 Corporate Boulevard Norfolk, VA 23502** | ■ Pending ☐ On appeal ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
| --- | --- | --- | --- |
| **Midland Mortgage Co Attn: Customer ServiceBankruptcy Po Box 26648 Oklahoma City, OK 73216** | **592 Buchannan Dr Davenport, FL 33837 Polk County Debtor is surrendering house is in forclosure**<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | | **$335,000.00** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No

□ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No

□ Yes

<h2>Part 5:     List Certain Gifts and Contributions</h2>

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No

□ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No

□ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

<h2>Part 6:     List Certain Losses</h2>

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No

□ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

<h2>Part 7:     List Certain Payments or Transfers</h2>

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

■ No

□ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
**Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**    **Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**    **Give Details About Environmental Information**

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:**    **Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☐ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

    ■ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

    ☐ **A partner in a partnership**

    ☐ **An officer, director, or managing executive of a corporation**

    ☐ **An owner of at least 5% of the voting or equity securities of a corporation**

☐   **No. None of the above applies.  Go to Part 12.**

■   **Yes. Check all that apply above and fill in the details below for each business.**

| **Business Name**<br>**Address**<br>(Number, Street, City, State and ZIP Code) | **Describe the nature of the business**<br><br>**Name of accountant or bookkeeper** | **Employer Identification number**<br>**Do not include Social Security number or ITIN.**<br><br>**Dates business existed** |
|---|---|---|
| **RYZ Transport Inc**<br>**999 Chanceford Ave**<br>**York, PA 17404** | **Trucking**<br><br>**N/A** | **EIN:    8617211853**<br><br>**From-To    2/2021-Present** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■   **No**

☐   **Yes. Fill in the details below.**

| **Name**<br>**Address**<br>(Number, Street, City, State and ZIP Code) | **Date Issued** |
|---|---|
|  |  |

**Part 12:**  **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Roberto Perez Rios**

**Roberto Perez Rios**                                         **Signature of Debtor 2**
**Signature of Debtor 1**

Date    **6/30/2026**                                          Date  _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| | | | |
|---|---|---|---|
| Debtor 1 | **Roberto** | **Perez** | **Rios** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF PENNSYLVANIA

Case number
(if known)  _____

☐ Check if this is an
amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Midland Mortgage Co**<br><br>Description of property securing debt: **592 Buchannan Dr Davenport, FL 33837  Polk County Debtor is surrendering house is in foreclosure** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br><br>_____ | ■ No<br><br>☐ Yes |
| Creditor's name: **Santander Consumer Usa**<br><br>Description of property securing debt: **2021 Dodge Ram 38,000 miles KBB estimate** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br><br>_____ | ☐ No<br><br>■ Yes |
| Creditor's name: **Springlf Fin**<br><br>Description of property securing debt: **2011 Hyundai Sonata 201000** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ No<br><br>■ Yes |

Case 1:26-bk-01865-HWV    Doc 1    Filed 06/30/26    Entered 06/30/26 15:52:53    Desc
Main Document    Page 75 of 88

| | | | |
|---|---|---|---|
| property securing debt: | **miles Has interior damage, transmission needs repair** | ☐ Retain the property and [explain]: | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Westgate Resorts Ltd** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Description of property securing debt: | **Real Estate Specific** | | |

## Part 2:    List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

## Part 3:    Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X    **/s/ Roberto Perez Rios**                                      X _____
    **Roberto Perez Rios**                                          Signature of Debtor 2
    Signature of Debtor 1

    Date    **6/30/2026**                                        Date _____

Official Form 108              **Statement of Intention for Individuals Filing Under Chapter 7**                    page 2

Debtor 1    **Roberto Perez Rios**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Middle District of Pennsylvania

Case number
(if known)

Check one box only as directed in this form and in Form 122A-1Supp:

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A - 1
## Chapter 7 Statement of Your Current Monthly Income                    12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

| Part 1: | Calculate Your Current Monthly Income |
| --- | --- |

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ■ **Married and your spouse is NOT filing with you. You and your spouse are:**

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ■ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | *Column A*<br>**Debtor 1** | *Column B*<br>**Debtor 2 or<br>non-filing spouse** |
| --- | --- | --- |
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 4,412.08 | $ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ |

5. **Net income from operating a business, profession, or farm**

| | **Debtor 1** | | |
| --- | --- | --- | --- |
| Gross receipts (before all deductions) | $ 1,017.37 | | |
| Ordinary and necessary operating expenses | -$ 1,307.04 | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | **Copy here ->** $ 0.00 | $ |

6. **Net income from rental and other real property**

| | **Debtor 1** | | |
| --- | --- | --- | --- |
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from rental or other real property | $ 0.00 | **Copy here ->** $ 0.00 | $ |
| 7. **Interest, dividends, and royalties** | | $ 0.00 | $ |

|  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|

8. **Unemployment compensation**                                                    $ 0.00      $ _____

   Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

   For you _____ $ 0.00

   For your spouse _____ $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.                                            $ 0.00      $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation  pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below..

   . _____      $ 0.00      $ _____

   _____         $ 0.00      $ _____

   Total amounts from separate pages, if any.   **+** $ 0.00      $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.      $ **4,412.08**   **+** $ _____   **=** $ **4,412.08**

   **Total current monthly income**

---

**Part 2:**      **Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

   12a. Copy your total current monthly income from line 11 ................................... **Copy line 11 here=>**      $ **4,412.08**

   Multiply by 12 (the number of months in a year)      **x** 12

   12b. The result is your annual income for this part of the form      12b. $ **52,944.96**

13. **Calculate the median family income that applies to you.** Follow these steps:

   Fill in the state in which you live.      **PA**

   Fill in the number of people in your household.      **1**

   Fill in the median family income for your state and size of household. ..........................      13. $ **72,230.00**

   To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

   14a. ■   Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse*. Go to Part 3. Do NOT fill out or file Official Form 122A-2.

   14b. ☐   Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2*. Go to Part 3 and fill out Form 122A–2.

---

**Part 3:**      **Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X  /s/ Roberto Perez Rios**
**Roberto Perez Rios**
Signature of Debtor 1

Case 1:26-bk-01865-HWV    Doc 1    Filed 06/30/26    Entered 06/30/26 15:52:53    Desc
Main Document      Page 79 of 88

Date  **6/30/2026**
_____
MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

## Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **12/01/2025** to **05/31/2026**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Wages (need May paystub)**
Year-to-Date Income:
Last Year:
Starting Year-to-Date Income: __**$61,363.63**__ from check dated __**11/30/2025**__ .
Ending Year-to-Date Income: __**$67,053.89**__ from check dated __**12/31/2025**__ .

This Year:
Current Year-to-Date Income: __**$20,782.21**__ from check dated __**5/31/2026**__ .

Income for six-month period (Current+(Ending-Starting)): __**$26,472.47**__ .
Average Monthly Income: __**$4,412.08**__ .

**Line 5 - Income from operation of a business, profession, or farm**
Source of Income: **RYZ Transport**
Income/Expense/Net by Month:

|              | Date        | Income      | Expense     | Net           |
|--------------|-------------|-------------|-------------|---------------|
| 6 Months Ago: | **12/2025** | **$0.00**   | **$0.00**   | **$0.00**     |
| 5 Months Ago: | **01/2026** | **$0.00**   | **$0.00**   | **$0.00**     |
| 4 Months Ago: | **02/2026** | **$0.00**   | **$0.00**   | **$0.00**     |
| 3 Months Ago: | **03/2026** | **$0.00**   | **$0.00**   | **$0.00**     |
| 2 Months Ago: | **04/2026** | **$0.00**   | **$0.00**   | **$0.00**     |
| Last Month:   | **05/2026** | **$6,104.21** | **$7,842.23** | **$-1,738.02** |
|              | Average per month: | **$1,017.37** | **$1,307.04** |         |
|              |             |             | Average Monthly NET Income: | **$-289.67** |

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and
>
> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation
>
> Chapter 11 - Reorganization
>
> Chapter 12 - Voluntary repayment plan for family farmers or fishermen
>
> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

### Chapter 7:  Liquidation

|   |  |  |
|---|------|-------------------|
|   | $245 | filing fee |
|   | $78  | administrative fee |
| + | $15  | trustee surcharge |
|   | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;
>
> most student loans;
>
> domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

**Chapter 11: Reorganization**

---

$1,167    filing fee

+          $571    administrative fee
$1,738    total fee

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

> domestic support obligations,
>
> most student loans,
>
> certain taxes,
>
> debts for fraud or theft,
>
> debts for fraud or defalcation while acting in a fiduciary capacity,
>
> most criminal fines and restitution obligations,
>
> certain debts that are not listed in your bankruptcy papers,
>
> certain debts for acts that caused death or personal injury, and
>
> certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re    **Roberto Perez Rios**               Case No.
                         Debtor(s)       Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     ☐   **FLAT FEE**

         For legal services, I have agreed to accept                   $ _____

         Prior to the filing of this statement I have received         $ _____

         Balance Due                                        $ _____

     ■   **RETAINER**

         For legal services, I have agreed to accept and received a retainer of    $          **2,883.00**

         The undersigned shall bill against the retainer at an hourly rate of    $          **460.00**
         [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
         fees and expenses exceeding the amount of the retainer.

2.   $ **338.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

         ■   Debtor       ☐   Other (specify):

4.   The source of compensation to be paid to me is:

         ■   Debtor       ☐   Other (specify):

5.   ■   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

       ☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [List other services that counsel has agreed to provide]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re   **Roberto Perez Rios**                      Case No. _____

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

  **6/30/2026**_____          **/s/ Brent C. Diefenderfer**_____

    *Date*                                         **Brent C. Diefenderfer 93685**

                                                  *Signature of Attorney*

                                                  **CGA Law Firm**

                                                  **135 North George Street**

                                                  **York, PA 17401-1132**

                                                  **717-848-4900  Fax: 717-843-9039**

                                                  **Bdiefenderfer@cgalaw.com**

                                                  *Name of law firm*

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re   **Roberto Perez Rios**      Case No. _____

                       Debtor(s)      Chapter    **7**_____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **6/30/2026**_____      **/s/ Roberto Perez Rios**_____
                                           **Roberto Perez Rios**
                                         Signature of Debtor

Date:   **6/30/2026**_____      **/s/ Brent C. Diefenderfer**_____
                                           Signature of Attorney
                                         **Brent C. Diefenderfer 93685**
                                         **CGA Law Firm**
                                         **135 North George Street**
                                         **York, PA 17401-1132**
                                         **717-848-4900  Fax: 717-843-9039**