**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE: Roberto  Perez Rios**
                            **Debtor(s)**

**BK NO. 26-01865 HWV**

**Chapter 7**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

Respectfully submitted,

/s/ *Maggie Soboleski*
_____
Maggie Soboleski
16 Jul 2026, 06:40:53, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

Document ID: 1cab1dc6bb1fde0e381f71edf9e393b900cab301d25d16167e63ad8b2222b7fb