**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE: Roberto  Perez Rios**
Debtor(s)

**BK NO. 26-01865 HWV**

**Chapter 7**

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.


Respectfully submitted,

/s/ *Maggie Soboleski*

Maggie Soboleski
16 Jul 2026, 06:40:53, EDT


KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

Document ID: 1cab1dc5bb1fde0e381f71edf9e393b900cab301d25d16167e63ad8b2222b7fb