Certificate Number: 13858-PAM-DE-041365470

Bankruptcy Case Number: 26-01865

13858-PAM-DE-041365470

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 25, 2026, at 9:02 o'clock AM EDT, Roberto Perez Rios completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 25, 2026

By: /s/Shauna B. Curtsinger

Name: Shauna B. Curtsinger

Title: Counselor