United States Bankruptcy Court
Middle District of Pennsylvania

In re:
Roberto Perez Rios
Debtor

Case No. 26-01865-HWV
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-1 | User: admin | Page 1 of 3
Date Rcvd: Oct 01, 2026 | Form ID: 318 | Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roberto Perez Rios, 999 Chanceford Ave, York, PA 17404-2306 |
| 5814709 | | BRENT C. DIEFENDERFER, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5814713 | + | KEYSTONE COLLECTIONS GROUP, P.O. BOX 502, IRWIN, PA 15642-0502 |
| 5814710 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bk@szjlaw.com | Oct 01 2026 19:00:00 | Santander Consumer USA Inc. dba Chrysler Capital, C/O Stewart, Zlimen & Jungers Ltd., 2860 Patton Road, Roseville, MN 55113-1100 |
| 5814714 | ^ | MEBN | Oct 01 2026 18:56:59 | ASSET RECOVERY SOLUTIO, 2200 E DEVON, DES PLAINES, IL 60018-4501 |
| 5831599 | | EDI: ATLASACQU | Oct 01 2026 22:58:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 5814715 | + | EDI: CAPITALONE.COM | Oct 01 2026 22:58:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5814716 | + | Email/Text: bankruptcy@cavps.com | Oct 01 2026 19:00:00 | CAVALRY PORTFOLIO SERVICES, ATTN: BANKRUPTCY, 1 AMERICAN LANE, STE 220, GREENWICH, CT 06831-2563 |
| 5814717 | + | Email/Text: BNKO@cpcrecovery.com | Oct 01 2026 19:00:00 | CENTRAL PORTFOLIO CONTROL, ATTN: BANKRUPTCY DEPT, 10249 YELLOW CIRCLE DRIVE, SUITE 200, MINNETONKA, MN 55343-9111 |
| 5814718 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 01 2026 19:06:23 | CWS/CW NEXUS, ATTN: BANKRUPTCY, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 5814711 | | EDI: IRS.COM | Oct 01 2026 22:58:00 | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5814719 | + | EDI: JEFFERSONCAP.COM | Oct 01 2026 22:59:00 | JEFFERSON CAPITAL SYSTEMS, LLC, ATTN: BANKRUPTCY, 200 14TH AVE E, SARTEKK, MN 56377-4500 |
| 5814720 | + | Email/Text: bankruptcy@kikoff.com | Oct 01 2026 19:00:00 | KIKOFF, ATTN: BANKRUPTCY, 75 BROADWAY SUITE 226, SAN FRANSICO, CA 94111-1458 |
| 5814721 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2026 19:06:18 | LVNV FUNDING LLC/RESURGENT CAPITAL SERVI, RESURGENT CORRESPONDENCE, ATTN: BANKRUPT, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 5814722 | + | EDI: AISMIDFIRST | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 01 2026 22:58:00 | MIDLAND MORTGAGE CO, ATTN: CUSTOMER SERVICEBANKRUPTCY, PO BOX 26648, OKLAHOMA CITY, OK 73126-0648 |
| 5814712 | | EDI: PENNDEPTREV | Oct 01 2026 22:58:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5814723 | | EDI: PRA.COM | Oct 01 2026 22:58:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 5814724 | + | Email/Text: newbk@Regions.com | Oct 01 2026 19:00:00 | REGIONS BANKCARD, ATTN: BANKRUPTCY, 1900 5TH AVE N,, HOVER, AL 35203-2610 |
| 5814725 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 01 2026 19:00:00 | SANTANDER CONSUMER USA, ATTN: BANKRUPTCY, PO BOX 961211, FORT WORTH, TX 76161-0211 |
| 5814726 | + | EDI: AGFINANCE.COM | Oct 01 2026 22:58:00 | SPRINGLF FIN, PO BOX 1010, EVANSVILLE, IN 47706-1010 |
| 5814727 | ^ | MEBN | Oct 01 2026 18:57:02 | TELECOM SELF-REPORTED, PO BOX 4500, ALLEN, TX 75013-1311 |
| 5814728 | + | EDI: TCISOLUTIONS.COM | Oct 01 2026 22:59:00 | TOTAL VISA/TBOM/VT, PO BOX 84930, SIOUX FALLS, SD 57118-4930 |
| 5814729 | | Email/Text: bankruptcy_notices@wgresorts.com | Oct 01 2026 19:00:00 | WESTGATE RESORTS LTD, ATTN: BANKRUPTCY, 5601 WINDHOVER DR., ORLANDO, FL 32819 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 5814708 | *+ | ROBERTO PEREZ RIOS, 999 CHANCEFORD AVE, YORK, PA 17404-2306 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent Diefenderfer | |

| | |
|---|---|
| | on behalf of Debtor 1 Roberto Perez Rios bdiefenderfer@cgalaw.com jhall@cgalaw.com;rshearer@cgalaw.com;ephillips@cgalaw.com;r48835@notify.bestcase.com;ycaraballo@cgalaw.com |
| Kara Katherine Gendron | karagendrontrustee@gmail.com PA89@ecfcbis.com |
| Maggie Soboleski | on behalf of Creditor MIDFIRST BANK msoboleski@kmllawgroup.com |
| ONEMAIN FINANCIAL | cbp@onemainfinancial.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

**Information to identify the case:**

Debtor 1 Roberto Perez Rios
First Name Middle Name Last Name

Social Security number or ITIN xxx–xx–9474
EIN _ _–_ _ _ _ _ _ _

Debtor 2 (Spouse, if filing)
First Name Middle Name Last Name

Social Security number or ITIN _ _ _ _
EIN _ _–_ _ _ _ _ _ _

United States Bankruptcy Court Middle District of Pennsylvania

Case number: 1:26–bk–01865–HWV

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Roberto Perez Rios

10/1/26

**By the court:**

Henry W. Van Eck, Chief Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**